Aiken County Treasurer
P.O. Box 636
Aiken, SC 29802


Ansermo L. Arthur
137 Miracle Drive
Aiken, SC 29801


Berkadia Real Estate Advisors LLC
121 Calhoun Street
Suite 200
Charleston, SC 29401


Burr & Forman LLP
100 Calhoun Street
Suite 400
Charleston, SC 29401


DC Office of Tax and Revenue
1101 4th Street, SW
Washington, DC 20024


Earl Ishmal III
10804 Lariat Way
Upper Marlboro, MD 20772


Fuse 10, LLC
900 NW 6th Street
Suite 201
Fort Lauderdale, FL 33311


Internal Revenue Service
Centralized Insolvency Operati
Post Office Box 7346
Philadelphia, PA 19101

Leileth Faye Graham
c/o Abraham S. Mazloumi
233 East Shore Road
Great Neck, NY 11023


Lisa Alexander
124 Seaton Place
Washington, DC 20011


McCants & McCants
P.O. Box 2881
Aiken, SC 29802


Necole Allen
9586 Linnett Hill Drive
Lorton, VA 22079


Opportunities Afforded Plus
2832 Peyton Crossing Drive SW
Auburn, GA 30011


Parry L. Colbert
520 Oak Creek Drive
North Augusta, SC 29860


Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203


South Carolina Department of
Empoyment & Workforce
1550 Gadsden Street
P.O. Box 995
Columbia, SC 29202

South Carolina Department of Revenue
P.O. Box 125
Columbia, SC 29211


The Case Company of SC
286 Sudlow Lake Road
Graniteville, SC 29829


The Griffith Law Group PLLC
Attn: Marlon Griffith
1325 G Street NW, Ste. 500
Washington, DC 20005


Tracey D. Turner
2901 North Capitol Street NE
Washington, DC 20002


Troutman Pepper
Attn: Kimberly Eason
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308


W. Melissa Oden
260 East Shoreline Drive
North Augusta, SC 29841


Walter Fauntroy
58 Channing St NW
Washington, DC 20011