**Fill in this information to identify the case:**

Debtor name  **Turner Development, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)   **26-00077-ELG**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Operating Account** | **4949** | **$0.00** |
| 3.2. | **American Airlines Credit Union Bank (formerly Armed Forces Bank)** | **Operating Account** | **7085** | **$0.00** |
| 3.3. | **Newtek Bank** | **Operating Account** | **5920** | **$0.00** |

4.       **Other cash equivalents** *(Identify all)*

5.       **Total of Part 1.**

          Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

          **$0.00**

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:       Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Debtor   **Turner Development, LLC**                                    Case number *(If known)* **26-00077-ELG**
         Name

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor   **Turner Development, LLC**                                    Case number *(If known)*  **26-00077-ELG**
         <sub>Name</sub>

| | | | | |
|---|---|---|---|---|
| 55.1. | **Approximately 175.11 acres located at 1001 Old Aiken Road, North Augusta, South Carolina 29841 (Tax Parcel No. 013-12-01-0001) approved for a Traditional Neighborhood Development (TND) with 342 single-family homes, 107 townhomes, 150 apartments, 100k square foot mixed-use Town Center, trail, and sidewalks.** | **Fee simple** | **$0.00** | **$8,550,000.00** |
| 55.2. | **1005 Georgia Avenue, North Augusta, South Carolina 29841 (Tax Parcel number - 007-07-15-007)** | **Fee simple** | **$0.00** | **$225,000.00** |
| 55.3. | **310 Landing Drive, North Augusta, South Carolina 29841 (Tax Parcel 007-18-029)** | **Fee simple** | **$0.00** | **$389,000.00** |
| 55.4. | **1050 Atomic Road, North Augusta, South Carolina 29841 (Tax Parcel 013-16-02-009 and 013-12-05-007)** | **Fee simple** | **$0.00** | **$1,000,000.00** |
| 55.5. | **Approximately 11.0 acres located at 1001 Old Aiken Road, North Augusta, South Carolina 29841 (Tax Parcel No. 013-12-01-0002); currently raw land.** | **Fee simple** | **$0.00** | **$275,000.00** |

56.   **Total of Part 9.**                                                                   | **$10,439,000.00** |

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
     Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

| Debtor | **Turner Development, LLC** | Case number *(If known)* **26-00077-ELG** |
|---|---|---|
| | Name | |

■ No
☐ Yes

**Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☐ Yes Fill in the information below.

**All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)
   **Mechanic's Lien against John and Tshahi Fraser for work at 1261 Kearny St NE, Washington, DC 20017 (recorded as Instrument No. 2024025525)**

   125,000.00 - _____ 0.00 =
   Total face amount    doubtful or uncollectible amount

   **$125,000.00**

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   **Litigation claims asserted in Turner Development, LLC v. Aiken County (Case No. 2024-CP-02-0832, Court of Common Pleas for Aiken County, South Carolina) for breach of Purchase and Sale Agreement, specific performance, and damages regarding real property and improvements located at 828 Richland Avenue West, Aiken, South Carolina**

   **Unknown**

   Nature of claim
   Amount requested        **$0.00**

   **Insurance Claim/Cause of Action against The Case Company of South Carolina for breach of contract, poor workmanship, stop work order, property damage to Weeping Willows.**

   **Unknown**

   Nature of claim
   Amount requested        **$2,000,000.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,

Debtor    **Turner Development, LLC**                                      Case number *(If known)*  **26-00077-ELG**
          Name

country club membership
**Development approvals, plans, and entitlements,
including approved PUD A zoning, TND plan, five-phase
development plan, letters of intent from homebuilders,
utility commitments, permits, engineering reports,
environmental assessments, and Monticello subdivision
application**                                                                                           **Unknown**

**Contract rights in connection with that certain Purchase
and Sale Agreement with Aiken County, South Carolina,
dated June 22, 2023, for the purchase of 9.33 acres
located at 828 Richland Avenue West, Aiken, South
Carolina (Tax Parcel 104-20-21-001) for $975,000**                                                      **Unknown**

78.    **Total of Part 11.**                                                              | **$125,000.00** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor   **Turner Development, LLC**
_____   Case number *(If known)*   **26-00077-ELG**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | $10,439,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $125,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $125,000.00 | + 91b. $10,439,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $10,564,000.00 |

**Fill in this information to identify the case:**

Debtor name     **Turner Development, LLC**

United States Bankruptcy Court for the:     DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)     **26-00077-ELG**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                     **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **Ansermo L. Arthur**<br>Creditor's Name<br><br><br><br><br>**137 Miracle Drive**<br>**Aiken, SC 29801**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Approximately 175.11 acres located at 1001 Old Aiken Road, North Augusta, South Carolina 29841**<br>**(Tax Parcel No. 013-12-01-0001) approved for a Traditional Neighborhood Development (TND) with 342 single-family homes, 107 townhomes, 150 apart** | **$1,000,000.00** | **$8,550,000.00** |

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Fuse 10, LLC**
**2. The Case Company of SC**
**3. South Carolina Department of**
**4. South Carolina Department of Revenue**
**5. W. Melissa Oden**
**6. Ansermo L. Arthur**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

| | | | |
|---|---|---|---|
| **2.2**   **Fuse 10, LLC** | **Describe debtor's property that is subject to a lien** | **$1,630,162.60** | **$8,550,000.00** |

Debtor  **Turner Development, LLC**
_____
Name

Case number (if known)  **26-00077-ELG**
_____

Creditor's Name

**900 NW 6th Street
Suite 201
Fort Lauderdale, FL 33311**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Approximately 175.11 acres located at 1001 Old Aiken Road, North Augusta, South Carolina 29841
(Tax Parcel No. 013-12-01-0001) approved for a Traditional Neighborhood Development (TND) with 342 single-family homes, 107 townhomes, 150 apart**
_____

**Describe the lien**
**Mortgage**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| | | | |
|---|---|---|---|
| 2.3 | **South Carolina Department of**<br>Creditor's Name<br><br>**Empoyment & Workforce<br>1550 Gadsden Street<br>P.O. Box 995<br>Columbia, SC 29202**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Approximately 175.11 acres located at 1001 Old Aiken Road, North Augusta, South Carolina 29841**<br>**(Tax Parcel No. 013-12-01-0001) approved for a Traditional Neighborhood Development (TND) with 342 single-family homes, 107 townhomes, 150 apart** | $0.00 | $8,550,000.00 |

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**
**Statutory Lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| 2.4 | **South Carolina Department of Revenue** | **Describe debtor's property that is subject to a lien** | $0.00 | $8,550,000.00 |

Debtor   **Turner Development, LLC**                          Case number (if known)   **26-00077-ELG**
     Name

Creditor's Name

**Approximately 175.11 acres located at 1001 Old Aiken Road, North Augusta, South Carolina 29841 (Tax Parcel No. 013-12-01-0001) approved for a Traditional Neighborhood Development (TND) with 342 single-family homes, 107 townhomes, 150 apart**

**P.O. Box 125
Columbia, SC 29211**

Creditor's mailing address

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 | **The Case Company of SC** | Describe debtor's property that is subject to a lien | $283,552.65 | $8,550,000.00 |

Creditor's Name

**Approximately 175.11 acres located at 1001 Old Aiken Road, North Augusta, South Carolina 29841 (Tax Parcel No. 013-12-01-0001) approved for a Traditional Neighborhood Development (TND) with 342 single-family homes, 107 townhomes, 150 apart**

**286 Sudlow Lake Road
Graniteville, SC 29829**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **W. Melissa Oden** | Describe debtor's property that is subject to a lien | $833,000.00 | $8,550,000.00 |

| Debtor | **Turner Development, LLC** | Case number (if known) | **26-00077-ELG** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**Approximately 175.11 acres located at 1001 Old Aiken Road, North Augusta, South Carolina 29841 (Tax Parcel No. 013-12-01-0001) approved for a Traditional Neighborhood Development (TND) with 342 single-family homes, 107 townhomes, 150 apart**

**260 East Shoreline Drive
North Augusta, SC 29841**

Creditor's mailing address

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$3,746,715.25**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Burr & Forman LLP**<br>**100 Calhoun Street**<br>**Suite 400**<br>**Charleston, SC 29401** | Line **2.2** | |
| **Joseph Pack**<br>**Pack Law, P.A.**<br>**51 Northeast 24th St, Ste 108**<br>**Miami, FL 33137** | Line **2.2** | |
| **McCants & McCants**<br>**P.O. Box 2881**<br>**Aiken, SC 29802** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name      **Turner Development, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)    **26-00077-ELG**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:      List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address **Aiken County Treasurer P.O. Box 636 Aiken, SC 29802** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address **DC Office of Tax and Revenue 1101 4th Street, SW Washington, DC 20024** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| Debtor | **Turner Development, LLC** | Case number (if known) | **26-00077-ELG** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operati**
**Post Office Box 7346**
**Philadelphia, PA 19101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No

☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$290,000.00** |
|---|---|---|---|

**Earl Ishmal III**
**10804 Lariat Way**
**Upper Marlboro, MD 20772**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$97,000.00** |
|---|---|---|---|

**Leileth Faye Graham**
**c/o Abraham S. Mazloumi**
**233 East Shore Road**
**Great Neck, NY 11023**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$225,000.00** |
|---|---|---|---|

**Lisa Alexander**
**124 Seaton Place**
**Washington, DC 20011**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Necole Allen**
**9586 Linnett Hill Drive**
**Lorton, VA 22079**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115,000.00** |
|---|---|---|---|

**Opportunities Afforded Plus**
**2832 Peyton Crossing Drive SW**
**Auburn, GA 30011**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Settlement of litigation claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Turner Development, LLC** | Case number (if known) | **26-00077-ELG** |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$225,000.00** |
|---|---|---|---|

**Parry L. Colbert**
**520 Oak Creek Drive**
**North Augusta, SC 29860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$574,068.44** |
|---|---|---|---|

**Small Business Administration**
**2 North Street**
**Suite 320**
**Birmingham, AL 35203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tracey D. Turner**
**2901 North Capitol Street NE**
**Washington, DC 20002**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Co-Debtor Obligations**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**W. Melissa Oden**
**260 East Shoreline Drive**
**North Augusta, SC 29841**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400,000.00** |
|---|---|---|---|

**Walter Fauntroy**
**58 Channing St NW**
**Washington, DC 20011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **The Griffith Law Group PLLC**<br>**Attn: Marlon Griffith**<br>**1325 G Street NW, Ste. 500**<br>**Washington, DC 20005** | Line  **3.1**<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **Troutman Pepper**<br>**Attn: Kimberly Eason**<br>**600 Peachtree St. NE, Suite 3000**<br>**Atlanta, GA 30308** | Line  **3.5**<br><br>☐  Not listed. Explain ____ | _ |

| Debtor | **Turner Development, LLC** | Case number (if known) | **26-00077-ELG** |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white;display:inline-block;">Part 4:</div>  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 2,126,068.44 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 2,126,068.44 |

**Fill in this information to identify the case:**

Debtor name    **Turner Development, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)    **26-00077-ELG**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases           12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase and Sale Agreement dated June 22, 2023, for purchase of 9.33 acres at 828 Richland Avenue West, Aiken, SC (Tax Parcel 104-20-21-001) for $975,000** |
| | State the term remaining | |
| | List the contract number of any government contract | **Aiken County PO Drawer 3368 Aiken, SC 29802** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Listing Agreement** |
| | State the term remaining | **11 months** |
| | List the contract number of any government contract | **Berkadia Real Estate Advisors LLC 121 Calhoun Street Suite 200 Charleston, SC 29401** |

| Debtor 1 | **Turner Development, LLC** | | Case number (*if known*) | **26-00077-ELG** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Landscape Architects Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **LaBella Associates**<br>**7301 Rivers Avenue, Suite 190**<br>**Charleston, SC 29406** |

**Fill in this information to identify the case:**

Debtor name **Turner Development, LLC**

United States Bankruptcy Court for the: DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) **26-00077-ELG**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Tracey D. Turner** | **2901 North Capitol Street NE Washington, DC 20002** | **Earl Ishmal III** | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |
| 2.2 **Tracey D. Turner** | **2901 North Capitol Street NE Washington, DC 20002** | **Opportunities Afforded Plus** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |
| 2.3 **Tracey D. Turner** | **2901 North Capitol Street NE Washington, DC 20002** | **Necole Allen** | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |