# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   Columbia

In Re.  Turner Development LLC

§
§
§
§

Debtor(s)

Case No.  26-00077

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2026          Petition Date: 02/23/2026

Months Pending: 2          Industry Classification: | 2 | 3 | 7 | 2 |

Reporting Method:          Accrual Basis  ◉          Cash Basis  ○

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

## Supporting Documentation   (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/Tracey D. Turner

Signature of Responsible Party

05/11/2026

Date

Tracey D Turner

Printed Name of Responsible Party

2901 North Capitol St NE, Washington DC 20002

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Turner Development LLC                                  Case No.  26-00077

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $0 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. Cash balance end of month (a+b-c) | $0 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $0 | $0 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ○   Market ○   Other ⦿   (attach explanation)) | $0 |
| d  Total current assets | $0 |
| e. Total assets | $10,564,000 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $3,746,715 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $2,126,068 |
| n. Total liabilities (debt) (j+k+l+m) | $5,872,783 |
| o. Ending equity/net worth (e-n) | $4,691,217 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)                          2

Debtor's Name  Turner Development LLC                                                 Case No.  26-00077

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Turner Development LLC                              Case No.  26-00077

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name  Turner Development LLC                                          Case No.  26-00077

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | $0 | $0 | $0 | $0 |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

Debtor's Name  Turner Development LLC                                    Case No.  26-00077

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                6

Debtor's Name  Turner Development LLC                                   Case No.  26-00077

| | | | | | | |
|---|---|---|---|---|---|---|
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                          7

Debtor's Name  Turner Development LLC                                           Case No.  26-00077

| | | | | | | |
|---|---|---|---|---|---|---|
| xcix | | | | | | |
| c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $0 | $0 | $0 |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○   No ●

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○   No ●

c. Were any payments made to or on behalf of insiders?    Yes ○   No ●

d. Are you current on postpetition tax return filings?    Yes ●   No ○

e. Are you current on postpetition estimated tax payments?    Yes ●   No ○

f. Were all trust fund taxes remitted on a current basis?    Yes ●   No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○   No ●

h. Were all payments made to or on behalf of professionals approved by the court?    Yes ○   No ○   N/A ●

i. Do you have:    Worker's compensation insurance?    Yes ○   No ●

   If yes, are your premiums current?    Yes ○   No ○   N/A ●   (if no, see Instructions)

   Casualty/property insurance?    Yes ●   No ○

   If yes, are your premiums current?    Yes ●   No ○   N/A ○   (if no, see Instructions)

   General liability insurance?    Yes ●   No ○

   If yes, are your premiums current?    Yes ●   No ○   N/A ○   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?    Yes ○   No ●

k. Has a disclosure statement been filed with the court?    Yes ○   No ●

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ●   No ○

Debtor's Name  Turner Development LLC                                              Case No.  26-00077

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?     Yes ◯  No ⦿

m. If yes, have you made all Domestic Support Obligation payments?     Yes ◯  No ◯  N/A ⦿

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Tracey D Turner                                          Tracey D Turner

Signature of Responsible Party                              Printed Name of Responsible Party

CEO                                                         05/11/2026

Title                                                       Date

Debtor's Name  Turner Development LLC                                    Case No.  26-00077



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Turner Development LLC                                    Case No.  26-00077



Bankruptcy1to50

Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                    11

Debtor's Name  Turner Development LLC                                    Case No.  26-00077



PageThree

PageFour

# Turner Development, LLC

Case No. 26-00077-ELG

Petition Date: 02/23/2026

Report Ended: 04/30/2026

## Zero-Activity Cash Receipts and Disbursements

For the period April 1, 2026, through April 30, 2026.

| Description | Current Month | Cumulative |
|---|---|---|
| Cash balance beginning of period | 0.00 | 0.00 |
| Total receipts (net of transfers) | 0.00 | 0.00 |
| Total disbursements (net of transfers) | 0.00 | 0.00 |
| Cash balance end of period | 0.00 | 0.00 |
| Disbursements made by third party | 0.00 | 0.00 |
| Total disbursements for quarterly fee calculation | 0.00 | 0.00 |

Note: The April MOR reports zero cash receipts, zero disbursements, zero third-party disbursements, and zero ending cash for the reporting period.

## Balance Sheet

As of 04/30/2026.

| Assets | Amount |
|---|---|
| Accounts receivable | 0.00 |
| Inventory | 0.00 |
| Total current assets | 0.00 |
| Total assets | 10,564,000.00 |
| Liabilities and Equity | Amount |
| --- | ---: |
| Postpetition payables excluding taxes | 0.00 |

| | |
|---|---|
| Postpetition taxes payable | 0.00 |
| Total postpetition debt | 0.00 |
| Prepetition secured debt | 3,746,715.00 |
| Prepetition priority debt | 0.00 |
| Prepetition unsecured debt | 2,126,068.00 |
| Total liabilities | 5,872,783.00 |
| Ending equity / net worth | 4,691,217.00 |

Note: These amounts reflect the figures shown on the 04/30/2026 MOR uploaded by the debtor.

## Statement of Operations (P&L)

For the period April 1, 2026 through April 30, 2026.

| Description | Current Month | Cumulative |
|---|---|---|
| Gross income / sales | 0.00 | 0.00 |
| Cost of goods sold | 0.00 | 0.00 |
| Gross profit | 0.00 | 0.00 |
| Selling expenses | 0.00 | 0.00 |
| General and administrative expenses | 0.00 | 0.00 |
| Other expenses | 0.00 | 0.00 |
| Depreciation and amortization | 0.00 | 0.00 |
| Interest | 0.00 | 0.00 |
| Taxes | 0.00 | 0.00 |
| Reorganization items | 0.00 | 0.00 |
| Profit (loss) | 0.00 | 0.00 |

Note: The April MOR reports no operating revenue, expenses, taxes, or reorganization items for the period.

**April 2026 Monthly Operating Report for Turner Development, LLC.**



**American Airlines**
**Credit Union**

P.O. Box 619001, MD 2100
DFW Airport, Texas 75261-9001
(800) 533-0035
AACreditUnion.org

*Business* **Statement**

| FROM | THRU | PAGE | ACCOUNT NUMBER |
|------|------|------|----------------|
| 04/01/2026 | 04/30/2026 | 1 of 2 | ███7085 |



TURNER DEVELOPMENT LLC
2901 N CAPITOL ST NE
WASHINGTON DC 20002-1018

---

If you're looking to **purchase, refinance or invest** in a commercial property or residential investment property, our business real estate financing offers solutions to **help you secure funding**.
Let us know how we can help. Call (800) 533-0035, Ext. 4123, Option 2, to speak to a business lending representative today.

---

## BUSINESS SAVING - 0000

### YOUR BUSINESS SAVING ACCOUNT AT A GLANCE

| | | |
|---|---|---|
| BUSINESS OWNER | TRACEY D TURNER | |
| BEGINNING BALANCE ON 04-01-2026 | 25.00 | YTD DIVIDENDS 0.00 |
| ENDING BALANCE ON 04-30-2026 | 25.00 | |

| | NSF Period Totals | Y-T-D Totals |
|---|---|---|
| TOTAL OVERDRAFT FEES (PAID NSF FEES) | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES (NSF FEES) | 0.00 | 0.00 |

## BUSINESS CHECKING - 0050

### YOUR BUSINESS CHECKING ACCOUNT AT A GLANCE

| | | |
|---|---|---|
| BUSINESS OWNER | TRACEY D TURNER | |
| BEGINNING BALANCE ON 04-01-2026 | 25.00 | YTD DIVIDENDS 0.00 |
| ENDING BALANCE ON 04-30-2026 | 25.00 | |

| | NSF Period Totals | Y-T-D Totals |
|---|---|---|
| TOTAL OVERDRAFT FEES (PAID NSF FEES) | 0.00 | 0.00 |
| TOTAL RETURNED ITEM FEES (NSF FEES) | 0.00 | 0.00 |

### YOUR BUSINESS ACCOUNT DIVIDENDS SUMMARY DETAIL

| TOTAL YTD DIVIDENDS | TOTAL YTD WITHHOLDING | TOTAL YTD FORFEITURES | TOTAL YTD INTEREST CHARGE PAID |
|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 |

**American Airlines Credit Union**

*Business* Statement

| FROM | THRU | PAGE | ACCOUNT NUMBER |
|------|------|------|----------------|
| 04/01/2026 | 04/30/2026 | 2 of 2 | ■■■■ 7085 |

Our **mobile apps** for smartphones and tablets allow you to access your account and find our closest branches and ATMs. You can also take advantage of our **digital wallet options** for contactless payments. For more ways on how you can **manage your accounts** from our mobile app, visit Mobile.AACreditUnion.org.

**IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR STATEMENT OF ACCOUNT**
**BILLING RIGHTS SUMMARY**

If you think your statement is wrong or if you need more information about a transaction on your statement, write to us on your Statement of Account or on a separate sheet of paper at the address listed on the bottom of this statement as soon as possible.  We must hear from you no later than fourteen (14) days after we sent you the **FIRST** statement on which the error or problem appeared.

In your letter, give us the following information:
·    Your name and account number.
·    Dollar amount of the suspected error.
·    Describe the error and explain, if you can, why you believe there is an error.  If you need more information, describe the item you are unsure about.

If you fail to notify us within ninety (90) days after receiving the statement, you are precluded from any claim against American Airlines Federal Credit Union.

Report errors or make inquires to:        Mail Payments to:
American Airlines Federal Credit Union    American Airlines Federal Credit Union
Attn: Business Services                   Attn: Business Services
P.O. Box 619001, MD 2100                  P.O. Box 155489
DFW Airport, TX  75261-9001               Fort Worth, TX  76155-0489

                                          AACreditUnion.org

| Outstanding Items | |
|-------------------|--------|
| ITEM NO. | AMOUNT |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL: |  |

Balance Shown on this Statement       $ _____

**Add**
Deposits not Credited in this Statement (if any)   $ _____

**Total**       $ _____

Subtract Items Outstanding       $ _____

**Balance**       $ _____

Your register should show this balance.

EQUAL HOUSING
**LENDER**

**Federally insured by NCUA**

American Airlines Credit Union and the Flight Symbol are marks of American Airlines, Inc.