Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com

PACK LAW
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500
Joseph A. Pack (*pro hac vice forthcoming*)
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl (*pro hac vice forthcoming*)
Email: jessey@packlaw.com
Florida Bar No. 1025848

*Counsel for Fuse 10, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-77-ELG |
| | ) | (Chapter 11) |
| TURNER DEVELOPMENT, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION TO APPOINT CHAPTER 11 TRUSTEE,
OPPORTUNITY TO OBJECT, AND HEARING THEREUPON**

NOTICE IS HEREBY GIVEN that the Fuse 10, LLC has filed a motion to appoint a chapter 11 trustee in this case.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE JULY 10, 2026, you must file and serve a written objection to the Motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the motions has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for July 15, 2026 at 10:00 AM.

The hearing will be held in a hybrid format, in Courtroom 1 at the foregoing address and via Zoom video conferencing. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

Respectfully submitted,

Dated: June 30, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com

-and-

PACK LAW
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500
Joseph A. Pack (*pro hac vice forthcoming*)
Email:  joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl (*pro hac vice forthcoming*)
Email:  jessey@packlaw.com
Florida Bar No. 1025848

*Counsel for Fuse 10, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2