Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com

PACK LAW
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500
Joseph A. Pack (*pro hac vice forthcoming*)
Email:  joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl (*pro hac vice forthcoming*)
Email:  jessey@packlaw.com
Florida Bar No. 1025848

*Counsel for Fuse 10, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-77-ELG |
| | ) | (Chapter 11) |
| TURNER DEVELOPMENT, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**OMNIBUS OPPOSITION TO
(I) MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 1121(D) OF THE
BANKRUPTCY CODE EXTENDING THE DEBTOR'S EXCLUSIVE PERIODS
TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THERETO,
AND (II) APPLICATION TO EMPLOY COLDWELL BANKER COMMERCIAL
REALTY TO PROVIDE COMMERCIAL REAL ESTATE BROKERAGE SERVICES**

COMES NOW Fuse 10, LLC ("**Fuse 10**"), senior secured creditor in this action, by and through undersigned counsel, in opposition (this "**Opposition**") to each of (i) *Motion for Entry of an Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending the Debtor's Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereto* [Dkt. No. 25] (the "**Exclusivity Motion**") and (ii) *Debtor's Application to Employ Coldwell Banker Commercial Realty to Provide Commercial Real Estate Brokerage Services* [Dkt. No. 26] (the "**Broker Employment Application**," and together with the Exclusivity Motion, the "**Debtor Motions**"), and in support thereof states as follows:

1.      On June 30, 2026, Fuse 10 filed the *Motion to Appoint Chapter 11 Trustee* [Dkt. No. 32] (the "**Trustee Motion**"), setting out the delay and mismanagement in this chapter 11 case and the legal bases under which this Honorable Court should remove the Debtor from possession and direct the Office of the United States Trustee to appoint a chapter 11 trustee.  Fuse 10 incorporates the Trustee Motion in this Opposition as if fully reproduced herein.

2.      Each of the Trustee Motion and the Debtor Motions are scheduled for hearing on July 15, 2026.  With respect to each Debtor Motion, and as set forth more fully in the Trustee Motion, the Debtor has sat dormant in this case, and Debtor has not established the requisite cause to extend exclusivity or the benefit to the estate of employing the Debtor's selected broker, particularly if a chapter 11 trustee is ultimately appointed.  Despite making many statements regarding the need for "DIP Financing" (as defined in the Motion) and mentioning the same from the earliest days of the case, no such motion for financing has been filed and the Debtor remains in the very same holding pattern that has plagued this case form its inception.

3.      Moreover, with respect to the Exclusivity Motion, pursuant to 11 U.S. Code § 1121(c)(1), the exclusivity period terminates automatically, if "a trustee is appointed" in the chapter 11 case.  In the event this Court grants the Trustee Motion, the Exclusivity Motion and the Broker Employment Application will be rendered moot by reason of the Debtor's removal from possession.  Furthermore, even if the Court determines that it will not (or will not yet) direct appointment of a chapter 11 trustee, all of the same conduct described in the Trustee Motion gives this Honorable Court ample latitude to deny (or at least abate) the Debtor Motions such that other parties in interest can propose a plan and/or arrange for a sale and brokerage process that is not tainted by the Debtor's malfeasance and neglect.

WHEREFORE, Fuse 10, LLC respectfully prays this Honorable Court (i) direct the United States Trustee to appoint a chapter 11 trustee in this case; and (ii) deny each of the Debtor Motions.

Respectfully submitted,

Dated: July 8, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com

-and-

PACK LAW
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500
Joseph A. Pack (*pro hac vice forthcoming*)
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl (*pro hac vice forthcoming*)
Email: jessey@packlaw.com
Florida Bar No. 1025848

*Counsel for Fuse 10, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of July, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig