Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com

PACK LAW
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500
Joseph A. Pack (*pro hac vice forthcoming*)
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl (*pro hac vice forthcoming*)
Email: jessey@packlaw.com
Florida Bar No. 1025848

*Counsel for Fuse 10, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-77-ELG |
| | ) | (Chapter 11) |
| TURNER DEVELOPMENT, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF HEARING ON MOTION TO APPOINT CHAPTER 11 TRUSTEE**

NOTICE IS HEREBY GIVEN that Fuse 10, LLC has filed a motion to appoint a chapter 11 trustee in this case.

NOTICE OF HEARING. A hearing on the motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for September 9, 2026 at 10:00 AM. The hearing will be held in a hybrid format, in Courtroom 1 at the foregoing address and via Zoom video conferencing. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

*[Signature on Following Page]*

Respectfully submitted,

Dated: August 31, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com

-and-

PACK LAW
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500
Joseph A. Pack (*pro hac vice forthcoming*)
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl (*pro hac vice forthcoming*)
Email: jessey@packlaw.com
Florida Bar No. 1025848

*Counsel for Fuse 10, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of August, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig