Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com

PACK LAW
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500
Joseph A. Pack (*pro hac vice forthcoming*)
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl (*pro hac vice forthcoming*)
Email: jessey@packlaw.com
Florida Bar No. 1025848

*Counsel for Fuse 10, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-77-ELG |
| | ) | (Chapter 11) |
| TURNER DEVELOPMENT, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**WITNESS AND EXHIBIT LIST**

COMES NOW Fuse 10, LLC ("Fuse 10"), senior secured creditor in this action, by and through undersigned counsel, and offers the following witness and exhibit list in connection with the motion of Fuse 10 to appoint a chapter 11 trustee:

**Witnesses**

1. Tracey Turner
2. The corporate designee of Turner Development, LLC (the "Debtor"), if a person other than Tracy Turner
3. Any witness designated by the Debtor, regardless of whether or not first called by the Debtor
4. Any witnesses called for impeachment or rebuttal purposes

**Exhibits**

a. Fuse 10 Proof of Claim

b. Melissa Oden Proof of Claim

c. Any exhibits designated by the Debtor, regardless of whether or not first offered by the Debtor

d. Any exhibits offered for impeachment or rebuttal purposes

Respectfully submitted,

Dated: September 4, 2026

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com

-and-

PACK LAW
4649 Ponce de Leon Blvd., Suite 405
Coral Gables, Florida 33146
Telephone: (305) 916-4500
Joseph A. Pack (*pro hac vice forthcoming*)
Email: joe@packlaw.com
Florida Bar No. 117882
Jessey J. Krehl (*pro hac vice forthcoming*)
Email: jessey@packlaw.com
Florida Bar No. 1025848

*Counsel for Fuse 10, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of September, 2026, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig