**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-00077-ELG |
| TURNER DEVELOPMENT, LLC, | ) | |
| | ) | (Chapter 11) |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2026, I caused to be served by first class U.S. mail, postage prepaid, and/or by operation of the Court's CM/ECF electronic case management system, as applicable, the following documents:

1. A true and correct copy of the *Motion (I) for Entry of an Order (1) Approving Bid Procedures for the Sale of Real Property, (2) Approving the Stalking Horse Asset Purchase Agreement and Bid Protections, (3) Scheduling an Auction and Sale Hearing, (4) Authorizing the Debtor to Enter into the Stalking Horse Asset Purchase Agreement, and (5) Approving the Form and Manner of Notice and (B) An Order Authorizing the Sale of Real Property Free and Clear of Liens, Claims, and Encumbrances; and (III) Granting Related Relief* and all exhibits and attachments (including the proposed form of bid procedures order and sale procedures order) [Docket No. 43] on the parties identified on the "First Class Mail Service List" attached as Exhibit A ("**First Class Mail List**") and the "ECF Service List" attached as Exhibit B ("**ECF List**");

2. A true and correct copy of *Debtor's Motion for Entry of an Order Setting Expedited Hearing on Motion (I) for Entry of an Order (1) Approving Bid Procedures for the Sale of Real Property, (2) Approving the Stalking Horse Asset Purchase Agreement and Bid Protections, (3) Scheduling an Auction and Sale Hearing, (4) Authorizing the Debtor to Enter into the Stalking Horse Asset Purchase Agreement, and (5) Approving the Form and Manner of Notice and (B) An Order Authorizing the Sale of Real Property Free and Clear of Liens, Claims, and Encumbrances; and (III) Granting Related Relief* and all exhibits and attachments (including the proposed form of order and Notice of Hearing and Opportunity to Object) [Docket No. 44] on the parties identified on the First Class Mail List and the ECF List;

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
kburgers@hirschlerlaw.com

*Counsel to the Debtor*

3. A true and correct copy of *Order Granting Debtor's Motion for an Expedited Hearing on Motion (I) for Entry of an Order (1) Approving Bid Procedures for the Sale of Real Property, (2) Approving the Stalking Horse Asset Purchase Agreement and Bid Protections, (3) Scheduling an Auction and Sale Hearing, (4) Authorizing the Debtor to Enter into the Stalking Horse Asset Purchase Agreement, and (5) Approving the Form and Manner of Notice and (B) An Order Authorizing the Sale of Real Property Free and Clear of Liens, Claims, and Encumbrances; and (III) Granting Related Relief* [Docket No. 48] on the parties identified on the First Class Mail List and the ECF List;

4. A true and correct copy of *Notice of Hearing on and Opportunity to Object to Motion (I) for Entry of an Order (1) Approving Bid Procedures for the Sale of Real Property, (2) Approving the Stalking Horse Asset Purchase Agreement and Bid Protections, (3) Scheduling an Auction and Sale Hearing, (4) Authorizing the Debtor to Enter into the Stalking Horse Asset Purchase Agreement, and (5) Approving the Form and Manner of Notice and (B) An Order Authorizing the Sale of Real Property Free and Clear of Liens, Claims, and Encumbrances; and (III) Granting Related Relief* [Docket No. 50] on the parties identified on the First Class Mail List and the ECF List.

Dated: September 6, 2026

Respectfully submitted,

*<u>/s/ Kristen E. Burgers</u>*

Kristen E. Burgers (DC Bar No. 500674)
Stephen E. Leach (DC Bar No. 925735)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
kburgers@hirschlerlaw.com

*Counsel to the Debtor*

# EXHIBIT A

## FIRST CLASS MAIL SERVICE LIST

**Aiken County Treasurer**
**PO Box 636**
**Aiken, SC 29802-0636**

**Ansermo L. Arthur**
**137 Miracle Drive**
**Aiken, SC 29801**

**Berkadia Real Estate Advisors LLC**
**121 Calhoun Street, Suite 200**
**Charleston, SC 29401**

**Burr & Forman LLP**
**850 Morrison Drive, Suite 300**
**Charleston, SC 29403**

**Capital One NA**
**c/o AIS InfoSource LP, as agent**
**PO Box 71083**
**Charlotte, NC 28272-1083**

**Earl Ishmal III**
**10804 Lariat Way**
**Upper Marlboro, MD 20772**

**US Attorney's Office**
**Civil Division**
**601 D Street, NW**
**Washington, DC 20004**

**Lisa Alexander**
**124 Seaton Place**
**Washington, DC 20001**

**McCants & McCants**
**PO Box 2881**
**Aiden, SC 29802-2881**

**Necole Allen**
**9586 Linnett Hill Drive**
**Lorton, VA 22079**

**Opportunities Afforded Plus, LLC**
**2832 Peyton Crossing Drive**
**Atlanta, GA 30311**

**Parry L. Colbert**
**520 Oak Creek Drive**
**North Augusta, SC 29860**

**South Carolina Dept. of Revenue**
**300A Outlet Pointe Boulevard**
**Columbia, SC 29210**

**South Carolina Dept. of Employment**
**PO Box 8597**
**Columbia, SC 29202-8597**

**The Case Company of SC**
**286 Sudlow Lake Road**
**Graniteville, SC 29829**

**The Griffith Law Group PLLC**
**Attn: Marlon Griffith**
**1455 Pennsylvania Ave., NW, Ste. 400**
**Washington, DC 20004**

**Tracey D. Turner**
**2901 N. Capitol Street, NE**
**Washington, DC 0002**

**Troutman Pepper**
**Attn: Kimberly Eason**
**600 Peachtree St., NE, Suite 3000**
**Atlanta, GA 30308**

**W. Melissa Oden**
**260 E. Shoreline Drive**
**North Augusta, SC 29841**

**Walter Fauntroy**
**58 Channing Street, NW**
**Washington, DC 20001**

**US Environmental Protection Agency**
**Attn: Carlyn Winter Prisk**
**Region III (3HS62)**
**1650 Arch Street**
**Philadelphia, PA 19103-2029**

**Child Support Services Division**
**Office of the Attorney General**
**400 6th Street, NW**
**Washington, DC 20001**

**District Unemployment Comp Board**
**4058 Minnesota Avenue, NE, 4th Floor**
**Washington, DC 20019**

**DC Office of Tax and Revenue**
**Compliance Adm./Collection Div.**
**1101 4th Street, SW, Suite 270 West**
**Washington, DC 20024**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**Office of Attorney General**
**Tax Bankruptcy & Finance**
**441 4th Street, NW, 6th Floor**
**Washington, DC 20001**

**Secretary of the Treasury**
**15th and Pennsylvania Avenue, NW**
**Washington, DC 20220-00001**

**Securities & Exchange Commission**
**Office of Reorganization**
**950 East Paces Ferry Rd., NE, Ste. 900**
**Atlanta, GA 30326-1382**

**Small Business Administration**
**2 North Street, Suite 320**
**Birmingham, AL 35203**

**Social Security Administration**
**Office of the General Counsel-**
**Program Lit.; Attn: Bankruptcy**
**6401 Security Boulevard**
**Baltimore, MD 21235-00001**

## EXHIBIT B

## ECF SERVICE LIST

**Electronic Mail Notice List** - Parties in the case only

- US Trustee for Region Four: USTPRegion04.DC.ECF@usdoj.gov
- Kristen S. Eustis: kristen.s.eustis@usdoj.gov
- Katharine I. Toledo: Katharine.i.toledo@usdoj.gov
- Maurice B. VerStandig: mac@mbvesq.com