**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-00077-ELG |
| TURNER DEVELOPMENT, LLC, | ) | |
| | ) | (Chapter 11) |
| Debtor. | ) | |

**NOTICE OF FILING OF AMENDED EXHIBIT TO THE APPLICATION TO EMPLOY COLDWELL BANKER COMMERCIAL REALTY TO PROVIDE COMMERCIAL REAL ESTATE BROKERAGE SERVICES**

PLEASE TAKE NOTICE that Turner Development, LLC, the debtor and debtor-in-possession (the "**Debtor**"), by this notice files the attached Exclusive Right to Sell Listing Agreement, South Carolina Disclosure of Real Estate Brokerage Relationship Form and Bankruptcy Addendum (collectively, the "**Amended Listing Agreement**") as Amended Exhibit A to the Application to Employ Coldwell Banker Commercial Realty to provide commercial real estate brokerage services [Docket No. 26] (the "**Application**"). The Amended Listing Agreement amends and replaces in its entirety the Listing Agreement (as defined in the Application) filed as Exhibit A to the Application.

*REMAINDER OF PAGE INTENTIONALLY BLANK*

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
kburgers@hirschleraw.com

*Counsel to the Debtor*

Dated: September 6, 2026

Respectfully submitted,

*/s/ Kristen E. Burgers*

Stephen E. Leach (D.C. Bar No. 925735)
Kristen E. Burgers (D.C. Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Telecopier: (703) 584-8901
Email: sleach@hirschlerlaw.com
kburgers@hirschlerlaw.com

*Counsel to the Debtor*

COLDWELL BANKER COMMERCIAL REALTY

## Exclusive Right to Sell Listing Agreement

This Exclusive Right to Sell Listing Agreement ("Agreement") is entered into on September 9, 2026 ("Effective Date") by and between Turner Development LLC ("Client") and Coldwell Banker Commercial Realty ("Firm").

1. **Appointment of Firm.** Seller appoints Firm as Client's sole and exclusive listing agent and grants Firm the exclusive right to market and sell the real property described below ("Property"). Seller certifies that (a) the information provided in this Agreement is accurate, (b) Seller can convey good and marketable title and the Property is insurable with no additional risk premium, (c) Seller is not a party to a listing agreement with another Firm for the sale, exchange, or lease of the Property, and (d) no person or entity has the right to purchase, lease, or acquire the Property through an option, right of first refusal or otherwise.

2. **Property.** Street Address 1001 Old Aiken Rd, North Augusta, SC 29841

Aiken County Tax Map # 013-12-01-001 and # 013-12-01-002 as shown in Exhibit A

Seller has reviewed the property description above and confirms that the information is true and accurate.

3. **Listing Period.** The Agreement will begin upon the Effective Date and end at 11:59 p.m. on February 28, 2027 ("Listing Period")(if left blank, 180 days after the Marketing Date below). If a sales contract for the Property is ratified during the Listing Period, which provides for a closing date beyond the Listing Period, the Listing Period will automatically extend until the final disposition of the sales contract.

4. **Marketing Date.** Firm is authorized to begin publicly marketing the Property on the Effective Date ("Marketing Date") (If blank, on the Effective Date). Seller acknowledges that, notwithstanding the Marketing Date, Firm may be required to submit the Property to the Multiple Listing Service before the Marketing Date.

5. **List Price.** Seller authorizes Firm to offer the Property for sale at a listing price of Ten Million ($10,000,000) Dollars ("List Price"). Firm and its agents, employees, and representatives (collectively the "Firm Parties") do not guarantee that the Property will appraise or sell at the List Price, or that the Seller will net any amount from the sale of the Property.

6. **Seller Financing Terms:** None.

7. **Firm Compensation.**

A. **Listing Side Commission.** Seller will pay Firm compensation of six (6%) percent of the gross purchase price if, during the Listing Period, anyone produces a ready, willing, and able buyer for the Property (the "Listing Side Commission"). If the transaction involves an installment contract, then Seller shall pay the commission upon the signing of such installment contract. Except for an Event of Default under paragraph 13, the Listing Side Commission is otherwise due at closing.

B. **Post-Listing Period.** If Seller contracts within 180 days after the Listing Period (180 days if left blank) to sell or otherwise transfer the Property to a buyer who visited the Property or with whom Seller or Firm Parties communicated about the Property during the Listing Period and the transaction closes at any time, Seller agrees to pay Firm at closing an amount equal to the Listing Side Commission.

C. **Retainer.** Upon execution of this Agreement, Seller will pay a retainer to Firm in the amount of $Zero ($0.00) Dollars ("Retainer"). Upon payment, the Retainer shall be deemed earned and non-refundable for any reason and will not be placed in escrow. The Retainer shall not in any way be construed as either a representation or an assurance by the Firm Parties of any particular outcome in connection with Client's efforts to sell the Property. If Firm receives full payment of its compensation provided for in this paragraph, the amount of compensation due from Seller to Firm ☑ **WILL** or ☐ **WILL NOT** (check one) be reduced by the amount of the Retainer ("WILL NOT" shall apply if neither is checked).

8. **Dual Agency / Designated Dual Agency.** Dual agency occurs when the same Firm and agent represent both Seller and the Buyer in a transaction. Designated Dual Agency occurs when the Firm designates an agent to represent only the interests of Seller and another agent to represent only the interests of the buyer. Firm may only act as a dual agent or designated dual agent with the express knowledge and consent of all parties involved. Seller acknowledges Client's prior receipt and review of the Disclosure of Real Estate Brokerage Relationship.

A. **Designated Dual Agency Consent.** ☐ Seller does or ☑ does not (check one) consent to Firm acting in a designated dual agency capacity in transactions in which Firm and the listing agent are representing Seller and another of Firm's agents represents the prospective buyer.

B. **Consent to Dual Agency.** ☐ Seller does or ☑ does not (check one) consent to Firm acting in a dual agency capacity. Seller acknowledges having read and understood the Dual Agency Disclosure in the Other Important Information for Seller on page 4 of this Agreement prior to providing consent.

9. **Marketing.** Seller authorizes Firm to: (a) advertise and promote the Property (including any Seller Related Financing Options) in its sole discretion in various media (e.g., newspapers, publications, internet, or other media); (b) place "For Sale" and "Sold" signs on the Property (where permitted); and (c) use a lock box system to show and access the Property (Seller agrees to secure or remove valuables as a lock box does not ensure against theft or damage).



©2024 Coldwell Banker. All Rights Reserved. Coldwell Banker and the Coldwell Banker logos are trademarks of Coldwell Banker Real Estate LLC. The Coldwell Banker® System is comprised of company owned offices which are owned by a subsidiary of Anywhere Advisors LLC and franchised offices which are independently owned and operated. The Coldwell Banker System fully supports the principles of the Fair Housing and Equal Opportunity Act.

A. **Multiple Listing Service ("MLS") Marketing**. Seller ☑ **DOES** or ☐ **DOES NOT** (if neither is checked, DOES shall apply) authorize Firm to market the Property via the Multiple Listing Service ("MLS"). If Seller does not authorize Firm to market the Property in the MLS, Firm will treat the Property as an Office Exclusive Listing, which prohibits public marketing, unless and until Seller amends this Agreement to allow marketing in the MLS.

B. **Lock/Key Boxes**. ☑ Seller **DOES** or ☐ **DOES NOT** (check one) (if neither is checked, DOES shall apply) authorize Firm to place lock/key boxes on the Property.

C. **Special Showing Instructions**. None.

10. Seller Cooperation. Seller will: (a) work exclusively with Firm during the Listing Period, including immediately refer any inquiries about the property to Firm, (b) timely comply with Firm's reasonable requests for financial, insurance, or personal information needed to fulfill the terms of this Agreement, (c) cooperate with Firm in marketing the Property, reviewing offers, and showing the Property, including providing keys/fobs to Firm for access to the Property, and (d) comply with all applicable local, state, and federal laws, including, but not limited to federal, state, and local Fair Housing laws.

11. **Seller Acknowledgments.** Seller acknowledges that (a) the Firm Parties are retained as real estate agents, not attorneys, tax advisors, lenders, appraisers, inspectors, surveyors, general contractors, or other professional service providers, (b) the Firm Parties advise Seller to seek professional advice for property condition, legal, tax and other matters, (c) Firm is not obligated to continue marketing the Property after Seller has accepted an offer, (d) the sale or transfer of any interest in any entity or trust that owns the Property constitutes a sale of the Property under this Agreement, and (e) Seller has reviewed and agrees that the Other Important Information for Seller set forth on page 4 of this Agreement is, even if not initialed, incorporated into and part of this Agreement.

12. **Rental/Lease.** If the Property is currently tenant-occupied, Seller will provide Firm with any current lease documents and contact information for the current tenant and will use best efforts to obtain the full cooperation of current tenants, in connection with showings and inspections of the Property.

☐ Property **IS** or ☑ **IS NOT** tenant occupied.

13. **Default.** Seller agrees to pay the Listing Side Commission to Firm in the event of default, which shall occur if Seller (a) refuses to cooperate with Firm in carrying out the purpose of this Agreement; (b) defaults on an executed contract to sell the Property; (c) refuses to accept an offer to purchase the Property at or above the List Price and the terms stated in this Agreement; or (d) terminates this Agreement before the end of the Listing Period without the written consent of Firm's broker (each, an "Event of Default"). Commission will be calculated based on the List Price at the time of the Event of Default.

14. **Early Termination.** Firm has the discretion to immediately terminate this Agreement if Seller provides false information or misrepresents any facts to Firm or any third party or engages in discriminatory or otherwise unlawful conduct. Firm shall promptly return any keys or key fobs to Seller and remove any of Firm's signs and/or lockboxes on the Property following termination.

15. **Safe and Secure Environment.** Seller agrees to (a) take precautions to provide a safe environment for the Firm Parties and visitors to the Property to prevent against personal injury, (b) warn of any known hidden conditions that may present a hazard, and (c) indemnify and hold the Firm Parties harmless from any claims relating to (i) any personal injuries or losses suffered by any person on or about the Property or (ii) any theft or loss relating to the use of a lock box or from Client's failure to remove or secure valuables during Open Houses or showings.

16. **Legal.** In the event of any dispute arising out of or in any way relating to the Property or the relationship between Seller and the Firm Parties, (a) South Carolina law governs, (b) costs and reasonable attorney fees shall be awarded to the prevailing party, and (c) any claim by Seller against any of the Firm Parties for damages of any nature (including, but not limited to, negligence claims) will not exceed *the lesser of* (i) Client's actual damages or (ii) 125% of the amount of the Listing Side Commission that Firm was or would have been paid. **The Firm Parties and Seller knowingly and voluntarily waive any right to claim punitive damages and any right to a jury trial in any litigation (whether in contract, tort, or otherwise).**

17. **Savings / Survival Clause.** If any provision herein is deemed invalid or unenforceable, the remaining provisions shall remain valid and enforceable. Paragraphs 7, 13, 15, and 16 above and sections A(4)(i), D(ii), F(ii), and I(ii) below shall survive the termination for any reason or expiration of this Agreement.

18. **Other Terms and Conditions.** See attached addendum

19. **Entire Agreement / No Oral Modification / Signatures.** This Agreement (a) reflects the entire agreement between Seller and Firm in connection with the Property, (b) may be signed electronically and in counterparts, and (c) may only be modified in writing and signed by Seller and Firm. Seller acknowledges receipt of a copy of this Agreement at the time of signing.

SIGNATURES ON FOLLOWING PAGE



©2024 Coldwell Banker. All Rights Reserved. Coldwell Banker and the Coldwell Banker logos are trademarks of Coldwell Banker Real Estate LLC. The Coldwell Banker® System is comprised of company owned offices which are owned by a subsidiary of Anywhere Advisors LLC and franchised offices which are independently owned and operated. The Coldwell Banker System fully supports the principles of the Fair Housing and Equal Opportunity Act.

Turner Development LLC

Seller                                        Seller

Business Entity

Turner Development LLC    Seller Phone 202-288-2128   Email: traceydturner@turnerdevelopmentllc.com
(Name of Entity)

By: Tracey D. Turner    Seller Address: 2901 N Capitol St, Washington, DC 20002
Name/Title: CEO

Coldwell Banker Commercial Realty    Firm License No. South Carolina 9958

Signed by:
By Patrick Register 8/29/2026 | 9:19:21 AM EDT
2BE28C3AF048400...

Agent Name Patrick Register   Agent License No. South Carolina 111829

Agent Phone: 704-621-0190   Email: Patrick@CBCNRT.com   Firm Phone: 704-541-5111   Email: lance.branham@cbcarolinas.com

☐ Seller **IS** or ☑ **IS NOT** a licensed real estate agent/firm



©2024 Coldwell Banker. All Rights Reserved. Coldwell Banker and the Coldwell Banker logos are trademarks of Coldwell Banker Real Estate LLC. The Coldwell Banker® System is comprised of company owned offices which are owned by a subsidiary of Anywhere Advisors LLC and franchised offices which are independently owned and operated. The Coldwell Banker System fully supports the principles of the Fair Housing and Equal Opportunity Act.

## Other Important Information for Seller

A. Dual Agency Disclosure.

1. **Confidential Information**: When Firm acts as a dual agent, it must handle certain information confidentially. Without permission, Firm cannot disclose that (i) Seller may accept the price, terms, or conditions other than those offered, (ii) the motivation behind a party's involvement in the transaction (unless required by law), or (iii) any information a party has identified as confidential (unless required by law).

2. **Firm's Role as Dual Agent:** Firm strives to represent both sides fairly while facilitating negotiation between Seller and Buyer. Before dual agency occurs, the firm acts as Seller's exclusive agent. In its separate representation of Seller and Buyer, Firm may obtain information which, if disclosed, may hurt the bargaining position of the disclosing party. Firm is required by law to disclose to Seller and Buyer any known or reasonably ascertainable material facts.

3. **Seller's Role in Dual Agency**: Seller agrees Firm shall not be liable for disclosing material facts required by law to be disclosed and for not disclosing any other information that the law does not require it to disclose. Seller shall have a duty to protect Seller's own interest and should read any purchase agreement carefully to ensure that it accurately sets forth the terms Seller wants included in the purchase agreement. Seller understands that Firm's role is to balance both parties, not exclusively advocate for Seller. If needed, Seller acknowledges they have been advised to seek independent legal advice.

4. **Claims and Responsibilities**: By accepting dual agency, Seller agrees to (i) waive all claims, damages, losses, expenses, or liabilities other than for violations of South Carolina Real Estate License Law and intentional wrongful acts arising from Firm's role as Dual Agent, and (ii) carefully review the purchase agreement to ensure it reflects Seller's desired terms.

**B. Fair Housing.** The Firm Parties shall conduct all brokerage activities without respect to the race, color, religion, sex, national origin, handicap, or familial status of any party or prospective party.

**C. Wire Fraud Notice.** Criminals and hackers are targeting email accounts of various parties involved in real estate transactions, including lawyers, title agents, mortgage brokers, and real estate agents, to send fraudulent wiring instructions that divert funds to the criminal's bank account. These deceptive emails may appear legitimate, leading to financial losses. Seller should (i) refrain from sharing sensitive personal and financial information via email or attachments, (ii) when sharing Social Security numbers, bank accounts, credit card details, or wiring instructions, use more secure methods of communication, (iii) consider in-person meetings, phone calls, or secure mail services, (iv) before wiring funds to any party, personally call them to verify the legitimacy of the sender, and (v) use a phone number obtained independently to ensure Seller is contacting the right party.

**D. Service Providers.** As a courtesy, the Firm Parties may provide Seller with names of various types of service providers (including, but not limited to, attorneys, engineers, contractors, builders, home inspectors, and repairpersons) (each a "Service Provider"). Seller agrees (i) that the Firm Parties are not recommending or endorsing any Service Provider, nor in any way warranting or guaranteeing their work, experience, or insurance, and (ii) to hold the Firm Parties harmless from any claims or losses arising out of, or relating to, Seller's use of any such Service Provider. The choice of any Service Provider belongs solely to Client.

**E. Foreign Investment Taxes.** Section 1445 of the Internal Revenue Service (IRS) Code, the Foreign Investment in Real Property Tax Act ("FIRPTA"), may require a Buyer or the settlement agent to report the gross sales price, Client's federal tax identification number, and other required information to the IRS. Seller will provide to Buyer or the settlement agent such information upon request. In certain situations, the IRS requires a percentage of the sales price to be withheld from Client's proceeds if Seller is a Foreign Person as defined by FIRPTA.

**F. Property Data.** Seller (i) grants the Firm Parties permission to use, share, and sell Property-related data (including, but not limited to, text, graphics, photos, virtual tours, and other information entered into the MLS), (ii) releases any claims to intellectual property related to this data, and (iii) understands that public websites control their own content and the Firm Parties are not responsible for removing property-related data from those sites.

**G. Property Maintenance.** During the Listing Period, Seller agrees to maintain the Property including, but not limited to, the lawn, trees, and landscaping, and to maintain the air conditioning, heating, electrical, and plumbing systems in working order.

**H. Insurance (Periods of Vacancy).** Seller (i) agrees to maintain commercial property insurance while this Agreement is in effect, and (ii) acknowledges the Firm Parties are not responsible for the security of the Property or to inspect the Property. Some commercial property insurance policies may exclude coverage if the Property is vacant for longer than a specified time (which may vary by policy). If the Property is or becomes vacant, it is Seller's responsibility to ensure that coverage extends during the vacancy.

**I. Audio/Video Recording Devices.** South Carolina law may restrict and/or prohibit the use of audio and/or video recording devices without prior notice and/or consent. If any such devices are in use, Seller (i) will notify Firm in writing and consult with an attorney regarding Seller's legal obligations, and (ii) agrees to indemnify and hold the Firm Parties harmless from any claims or damages of any kind in any way relating to Seller's use of any such audio/video recording devices.

TT
______________ ______________
Seller Initials Seller Initials



©2024 Coldwell Banker. All Rights Reserved. Coldwell Banker and the Coldwell Banker logos are trademarks of Coldwell Banker Real Estate LLC. The Coldwell Banker® System is comprised of company owned offices which are owned by a subsidiary of Anywhere Advisors LLC and franchised offices which are independently owned and operated. The Coldwell Banker System fully supports the principles of the Fair Housing and Equal Opportunity Act.

Exhibit A




Results:

**Parcel ID** - 013-12-01-001
**Alt Id** - 31300
**Address** - 1001 OLD AIKEN RD
**Owner** - TURNER DEVELOPMENT LLC
View: Report | Pictometry Imagery

**Parcel ID** - 013-12-01-002
**Alt Id** - 518081
**Address** - 1001 OLD AIKEN RD
**Owner** - TURNER DEVELOPMENT LLC
View: Report | Pictometry Imagery

| | | | | | |
|---|---|---|---|---|---|
| **Parcel ID** | 013-12-01-001 | **Alternate ID** | 31300 | **Owner Name** | TURNER DEVELOPMENT LLC |
| **Property Address** | 1001 OLD AIKEN RD NORTH AUGUSTA | **Class** | NON-OWNER OCCUPIED RESIDENTIAL | | |
| **District** | NORTH AUGUSTA | | | | |
| **Brief Tax Description** | HASKELL DAIRY RD (Note: Not to be used on legal documents) | | | | |


©2024 Coldwell Banker. All Rights Reserved. Coldwell Banker and the Coldwell Banker logos are trademarks of Coldwell Banker Real Estate LLC. The Coldwell Banker® System is comprised of company owned offices which are owned by a subsidiary of Anywhere Advisors LLC and franchised offices which are independently owned and operated. The Coldwell Banker System fully supports the principles of the Fair Housing and Equal Opportunity Act.





©2024 Coldwell Banker. All Rights Reserved. Coldwell Banker and the Coldwell Banker logos are trademarks of Coldwell Banker Real Estate LLC. The Coldwell Banker® System is comprised of company owned offices which are owned by a subsidiary of Anywhere Advisors LLC and franchised offices which are independently owned and operated. The Coldwell Banker System fully supports the principles of the Fair Housing and Equal Opportunity Act.

South Carolina Department of Labor, Licensing and Regulation
**South Carolina Real Estate Commission**
110 Centerview Dr. • Columbia • SC • 29210
P.O. Box 11847 • Columbia • SC 29211-1847
Phone: 803-896-4400 • Contact.REC@llr.sc.gov • Fax: 803-896-4427
llr.sc.gov/re

# SOUTH CAROLINA DISCLOSURE OF REAL ESTATE BROKERAGE RELATIONSHIP

Pursuant to South Carolina Real Estate License Law in S.C. Code of Laws Section 40-57-370, a real estate licensee is required to provide you a meaningful explanation of agency relationships offered by the licensee's brokerage firm. This must be done at the first practical opportunity when you and the licensee have substantive contact.

Before you begin to work with a real estate licensee, including being shown a home (or any property), it is important for you to know the difference between a broker-in-charge and associated licensees. The broker-in- charge is the person in charge of a real estate brokerage firm. Associated licensees may work only through a broker-in-charge. **In other words, when you choose to work with any real estate licensee, your business relationship is legally with the brokerage firm and not with the associated licensee.**

A real estate brokerage firm and its associated licensees can provide buyers and sellers valuable real estate services, whether in the form of basic **customer** services, or through **client**-level agency representation. The services you can expect will depend upon the legal relationship you establish with the brokerage firm. It is important for you to discuss the following information with the real estate licensee and agree on whether in your business relationship you will be a **customer** or a **client**.

## You Are a Customer of the Brokerage Firm

South Carolina license law defines customers as buyers or sellers who choose NOT to establish an agency relationship. The law requires real estate licensees to perform the following **basic duties** when dealing with any real estate buyer or seller as customers: ***present all offers in a timely manner, account for money or other property received on your behalf, provide an explanation of the scope of services to be provided, be fair and honest and provide accurate information, provide limited confidentiality, and disclose "material adverse facts" about the property or the transaction which are within the licensee's knowledge.***

***Unless or until you enter into a written agreement with the brokerage firm for agency representation, you are considered a "customer" of the brokerage firm, and the brokerage firm will not act as your agent. As a customer, you should not expect the brokerage firm or its licensees to promote your best interest.***

Customer service does not require a written agreement; therefore, you are not committed to the brokerage firm in any way unless a transaction broker agreement or compensation agreement obligates you otherwise.

### Transaction Brokerage

A real estate brokerage firm may offer transaction brokerage in accordance with S.C. Code of Laws Section 40- 57-350. Transaction broker means a real estate brokerage firm that provides customer service to a buyer, a seller, or both in a real estate transaction. A transaction broker may be a single agent of a party in a transaction giving the other party customer service. A transaction broker also may facilitate a transaction without representing either party. The duties of a brokerage firm offering transaction brokerage relationship to a customer can be found in S.C. Code of Laws Section 40-57-350(L)(2).

### You Can Become a Client of the Brokerage Firm

Clients receive more services than customers. If client status is offered by the real estate brokerage firm, you can become a client by entering into a written agency agreement requiring the brokerage firm and its associated licensees to act as an agent on your behalf and promote your best interests. If you choose to become a client, you will be asked to confirm in your written representation agreement that you received this agency relationships disclosure document in a timely manner.

A ***seller becomes a client*** of a real estate brokerage firm by signing a formal listing agreement with the brokerage firm. For a seller to become a client, this agreement must be in writing and must clearly establish the terms of the agreement and the obligations of both the seller and the brokerage firm which becomes the agent for the seller.

A ***buyer becomes a client*** of a real estate brokerage firm by signing a formal buyer agency agreement with the brokerage firm. For a buyer to become a client, this agreement must be in writing and must clearly establish the terms of the agreement and the obligations of both the buyer and the brokerage firm which becomes the agent for the buyer.

If you enter into a written agency agreement, as a client, the real estate brokerage has the following ***client-level duties: obedience, loyalty, disclosure, confidentiality, accounting, and reasonable skill and care.*** Client-level services also include advice, counsel and assistance in negotiations.

### Single Agency

When the brokerage firm represents only one client in the same transaction (the seller or the buyer), it is called single agency.

### Dual Agency

Dual agency exists when the real estate brokerage firm has two clients in one transaction – a seller client and a buyer client. At the time you sign an agency agreement, you may be asked to acknowledge whether you would consider giving written consent allowing the brokerage firm to represent both you and the other client in a disclosed dual agency relationship.

### Disclosed Dual Agency

In a disclosed dual agency, the brokerage firm’s representation duties are limited because the buyer and seller have recognized conflicts of interest. Both clients’ interests are represented by the brokerage firm. As a disclosed dual agent, the brokerage firm and its associated licensees cannot advocate on behalf of one client over the other, and cannot disclose confidential client information concerning the price negotiations, terms, or factors motivating the buyer/client to buy or the seller/client to sell. Each Dual Agency Agreement contains the names of both the seller client(s) and the buyer client(s) and identifies the property.

## Designated Agency

In designated agency, a broker-in-charge may designate individual associated licensees to act solely on behalf of each client. Designated agents are not limited by the brokerage firm's agency relationship with the other client, but instead have a duty to promote the best interest of their clients, including negotiating a price. The broker-in- charge remains a disclosed dual agent for both clients, and ensures the assigned agents fulfill their duties to their respective clients. At the time you sign an agency agreement, you may be asked to acknowledge whether you would consider giving written consent allowing the brokerage firm to designate a representative for you and one for the other client in a designated agency. Each Designated Agency Agreement contains the names of both the seller client(s) and the buyer client(s) and identifies the property.

## It's Your Choice

As a real estate consumer in South Carolina, it is your choice as to the type and nature of services you receive.

- You can choose to remain a customer and represent yourself, with or without a transaction broker agreement.
- You can choose to hire the brokerage firm for representation through a written agency agreement.
- If represented by the brokerage firm, you can decide whether to go forward under the shared services of dual agency or designated agency or to remain in single agency.

If you plan to become a client of a brokerage firm, the licensee will explain the agreement to you fully and answer questions you may have about the agreement. Until you enter into a representation agreement with the brokerage firm, you are considered a customer and the brokerage firm cannot be your advocate, cannot advise you on price or terms, and only provides limited confidentiality unless a transaction broker agreement obligates the brokerage firm otherwise.

**By signing this disclosure, you do not agree to pay a commission or any other compensation to a brokerage firm. The brokerage firm will not receive compensation from any source for showing homes or property to you as a customer without a separate written agreement. The amount, rate, and source of any compensation paid to a brokerage firm will be contained in a separate written agreement. The brokerage firm may not receive compensation from any source that exceeds the amount or rate agreed to in their agreement with a buyer or seller, except with full knowledge and written consent to all parties. Commissions are fully negotiable and not set by law.**

The choice of service belongs to you -- the South Carolina Consumer.

**Acknowledgement of Receipt:**

Signature: *Tracey D. Turner* Date: 09/02/2026
Tracey D. Turner

Signature:__________ Date:________

**Brokerage Firm Name:**

Coldwell Banker Commercial Realty

Signature: Signed by: *Patrick Register* 2BE28C3AF048400... Date: 8/29/2026 | 9:19:21 AM EDT

This form has been approved by the South Carolina Real Estate Commission for use in explaining representation and compensation in real estate transactions and consumer rights as a buyer or seller. Reprinting without permission is permitted provided no changes or modifications are made.

ADDENDUM TO EXCLUSIVE RIGHT TO SELL LISTING AGREEMENT (COMMERCIAL)

This Addendum ("Addendum") is incorporated into and amends the Exclusive Right to Sell Listing Agreement (Commercial) ("Agreement") for the Property located at 1001 Old Aiken Rd North Augusta, SC 29841 ("Property") between Turner Development LLC ("Seller") and Coldwell Banker Commercial Realty ("Firm"). In the event of any conflict, this Addendum controls.

**1. Court Approval**. Notwithstanding anything to the contrary in the Agreement, the engagement of Firm and any right to compensation are expressly subject to approval by the United States Bankruptcy Court (the "Bankruptcy Court"), including approval of (i) Firm's employment and (ii) any sale of the Property. No commission or fee shall be earned or payable except as approved by the Bankruptcy Court.

**2. Commission**. Paragraph 7 is hereby modified to provide that commission is earned and payable solely upon the closing of a sale approved by the Bankruptcy Court. In the event that the secured lender purchases the Property with a credit bid, Firm acknowledges that it will not be entitled to a commission on the credit bid portion of the sale but will instead be entitled, upon approval by the Bankruptcy Court, to a flat fee of $100,000. Firm further acknowledges that if the sale does not generate sufficient net cash proceeds to pay the commission after all taxes and other costs of sale, then Coldwell Banker shall be entitled to an administrative expense claim in the amount of the unpaid commission.

**3. Default.** Paragraph 13 is hereby modified to provide that no commission or damages shall be due or payable to Firm if Seller declines, fails to accept, or is unable to consummate a transaction as a result of compliance with the U.S. Bankruptcy Code, Bankruptcy Court order, or direction of the bankruptcy estate or trustee/debtor-in-possession. This includes, without limitation, the rejection or non-approval of any offer by the Bankruptcy Court or other party in interest entitled to approval rights.

**4. Protection Period.** Paragraph 7B is hereby deleted and replaced with the following:

The protection period shall be one hundred eighty (180) days following expiration or termination of the Agreement. Protection shall apply only to prospective purchasers identified on a written list delivered by Firm to Seller within five (5) days after termination ("Registered Prospects"). Any entitlement to commission during the protection period is expressly subject to Bankruptcy Court approval and only applies if the Property is sold to a Registered Prospect pursuant to a Bankruptcy Court-approved transaction.

**5. Marketing; Court-Supervised Sale Process.** Firm is authorized to market the Property subject to the requirements of the Bankruptcy Code and Bankruptcy Court procedures, including a court-supervised sale process (which may include bidding procedures, notice requirements, and auctions).

Seller and Firm acknowledge that (a) any sale may be subject to higher and better offers and competitive bidding; and (b) the rights of any secured creditor, including the right to credit bid under 11 U.S.C. § 363(k), are preserved.

**6. Jurisdiction.** Paragraph 16 is hereby modified to provide that the Bankruptcy Court shall retain exclusive jurisdiction over all matters arising out of or related to this Agreement, Firm's employment, compensation, and any sale of the Property during the pendency of the bankruptcy case. The parties consent to the jurisdiction and venue of the Bankruptcy Court for resolution of such matters.

Except as modified herein, all other terms of the Agreement remain unchanged and in full force and effect.

Seller: *Tracey D. Turner* Date: 09/02/2026

Signed by:

Firm *Patrick Register* Date: 8/29/2026 | 9:19:21 AM EDT

2BE28C3AF048400...