**Signed: September 4, 2026**

**Notwithstanding the deadline set forth in Paragraph 4 of the Order, parties may raise oral objections at the Hearing.**

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-00077-ELG |
| TURNER DEVELOPMENT, LLC, | ) | |
| | ) | (Chapter 11) |
| Debtor. | ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR AN EXPEDITED HEARING ON MOTION (I) FOR ENTRY OF (A) AN ORDER (1) APPROVING BID PROCEDURES FOR THE SALE OF REAL PROPERTY, (2) APPROVING THE STALKING HORSE ASSET PURCHASE AGREEMENT AND BID PROTECTIONS, (3) SCHEDULING AN AUCTION AND SALE HEARING, (4) AUTHORIZING THE DEBTOR TO ENTER INTO THE STALKING HORSE ASSET PURCHASE AGREEMENT, AND (5) APPROVING THE FORM AND MANNER OF NOTICE AND (B) AN ORDER AUTHORIZING THE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES; AND (II) GRANTING RELATED RELIEF**

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
kburgers@hirschlerlaw.com

*Counsel to the Debtor*

Upon consideration of the motion (the "**Motion**") for the entry of an order pursuant to section 105(a) of the Bankruptcy Code and Rule 5070-1(b) of the Local Rules of the United States Bankruptcy Court for the District of Columbia (the "**Local Bankruptcy Rules**") (i) deeming the *Notice of Hearing of Motion (I) for Entry of an Order (1) Approving Bid Procedures for the Sale of Real Property, (2) Approving the Stalking Horse Asset Purchase Agreement and Bid Protections, (3) Scheduling an Auction and Sale Hearing, (4) Authorizing the Debtor to Enter into the Stalking Horse Asset Purchase Agreement, and (5) Approving the Form and Manner of Notice and (B) An Order Authorizing the Sale of Real Property Free and Clear of Liens, Claims, and Encumbrances; and (III) Granting Related Relief* attached hereto as **Exhibit A** (the "**Notice**"), to be adequate and appropriate notice under the circumstances, (ii) setting an expedited hearing on the Motion (I) for Entry of an Order (1) Approving Bid Procedures for the Sale of Real Property, (2) Approving the Stalking Horse Asset Purchase Agreement and Bid Protections, (3) Scheduling an Auction and Sale Hearing, (4) Authorizing the Debtor to Enter into the Stalking Horse Asset Purchase Agreement, and (5) Approving the Form and Manner of Notice and (B) An Order Authorizing the Sale of Real Property Free and Clear of Liens, Claims, and Encumbrances; and (III) Granting Related Relief [Docket No. 43] (the "**Sale and Bid Procedures Motion**") filed by Turner Development, LLC, the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "**Debtor**"), and (iii) shortening the objection period for the Sale and Bid Procedures Motion; it appearing that the relief requested is in the best interests of the Debtor, its estate, creditors, and other parties in interest; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C.§§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The relief requested in the Motion is hereby GRANTED.

2. A hearing will be held on **September 9, 2026, at 9:00 a.m. (local time)** (the "**Hearing**"), to hear and consider the Sale and Bid Procedures Motion.

3. The form of the Notice is approved.

4. Written objections to the Sale and Bid Procedures Motion must be made no later than 2:00 p.m. on September 8, 2026.

5. Service by hand, overnight delivery, electronic mail or facsimile of the Sale and bid procedures and related documents (including the Notice), to the extent practicable to the following parties or, in lieu thereof, to their counsel if known, hereby is deemed adequate and appropriate notice of the Hearing under the circumstances: (i) the Office of the United States Trustee, (ii) the Securities and Exchange Commission, and (iii) all creditors on the creditor matrix.

6. The notice requirements of Local Bankruptcy Rule 2002-1(b) are hereby waived for the Motion and the Sale and Bid Procedures, subject to the Court's right upon further consideration at the Hearing to require additional notice with respect to the Sale and Bid Procedures.

7. The terms and conditions herein shall be immediately effective.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

9. The scheduled hearings on the Motion for Entry of an Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending the Debtor's Exclusive Periods to File a Chapter 11 Plan and to Solicit Acceptances Thereto [Docket No. 25], Debtor's Application to Employ Coldwell Banker Commercial Realty to Provide Commercial Real Estate Brokerage Services, [Docket No. 26], and the Motion to Appoint Chapter 11 Trustee [Docket No. 32] are moved from 10:00 a.m. on September 9, 2026 to 9:00 a.m. on September 9, 2026.

WE ASK FOR THIS:

*<u>/s/ Kristen E. Burgers</u>*
Kristen E. Burgers (DC Bar No. 500674)
Stephen E. Leach (DC Bar No. 925735)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: kburgers@hirschlerlaw.com

*Counsel to the Debtor*

Copies to:

Stephen E. Leach, Esq.
Kristen E. Burgers, Esq.
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102

Katharine Toledo
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

All attorneys who have entered an appearance and who are registered e-filers

All entities on the Court's mailing list

**END OF ORDER**

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-00077-ELG |
| TURNER DEVELOPMENT, LLC, | ) | |
| | ) | (Chapter 11) |
| Debtor. | ) | |

**NOTICE OF HEARING ON AND OPPORTUNITY TO OBJECT TO MOTION (I) FOR ENTRY OF (A) AN ORDER (1) APPROVING BID PROCEDURES FOR THE SALE OF REAL PROPERTY, (2) APPROVING THE STALKING HORSE ASSET PURCHASE AGREEMENT AND BID PROTECTIONS, (3) SCHEDULING AN AUCTION AND SALE HEARING, (4) AUTHORIZING THE DEBTOR TO ENTER INTO THE STALKING HORSE ASSET PURCHASE AGREEMENT, AND (5) APPROVING THE FORM AND MANNER OF NOTICE AND (B) AN ORDER AUTHORIZING THE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES; AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that Turner Development, LLC, the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "**Debtor**") has filed the Motion (I) for Entry of an Order (1) Approving Bid Procedures for the Sale of Real Property, (2) Approving the Stalking Horse Asset Purchase Agreement and Bid Protections, (3) Scheduling an Auction and Sale Hearing, (4) Authorizing the Debtor to Enter into the Stalking Horse Asset Purchase Agreement, and (5) Approving the Form and Manner of Notice and (B) An Order Authorizing the Sale of Real Property Free and Clear of Liens, Claims, and Encumbrances; and (III) Granting Related Relief [Docket No. 43] (the "**Motion**"), whereby the Debtor seeks entry of an order (1) approving certain bid procedures and the proposed form of notice of such bid procedures; (2) authorizing the Debtor to enter into and perform its obligations arising prior to closing under the Asset Purchase Agreement (the "**APA**"), by and between the Debtor and Fuse 10, LLC, or its designated affiliate ("**Fuse**"), as purchaser for the sale of real property owned by the Debtor located at 1001 Old Aiken Road, North Augusta, South Carolina, and commonly known as the Weeping Willows development, which shall be filed in advance of the scheduled hearing on the Motion; (3) approving the APA as the stalking-horse agreement and approving the bid protections provided therein, including a break-up fee equal to four percent (4%) of the Purchase Price ($120,000) and an expense reimbursement in an amount not to exceed $35,000; and (4) scheduling an auction, if necessary, and a hearing to consider approval of the sale; and (ii) following completion of the Court-approved sale process, entry of an order approving the sale to

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
kburgers@hirschlerlaw.com

*Counsel to the Debtor*

the successful bidder. Fuse's stalking horse bid is $3,000,000, which shall include a credit bid component in an amount up to the amount of Fuse's allowed secured claim as of the Closing Date (as defined in the APA), with any portion of the Purchase Price in excess of the Credit Bid Amount to be paid at Closing in accordance with the APA. Fuse asserts that the amount of its secured claim as of August 26, 2026 is $1,967,989.37.

**PLEASE TAKE FURTHER NOTICE** that the Debtor requested an expedited hearing before the Court (the "**Hearing**") to consider the Sale and bid procedures.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled the Hearing on **September 9, 2026, at 10:00 a.m. (prevailing Eastern time) by Zoom or in person. For Zoom information, please contact Gunn_Hearings@dcb.uscourts.gov.**

**PLEASE TAKE FURTHER NOTICE <u>that your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**.

**PLEASE TAKE FURTHER NOTICE** that written objections must be filed on or before 2:00 p.m. on September 8, 2026. You or your attorney must file with the Court a written objection to the Motion, together with the proposed order required by Local Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection. If you mail your objection to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the Sale and bid procedures, or if you want the Court to consider your views on the Sale and bid procedures, then you or your attorney must attend the Hearing.

**<u>If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Sale and bid procedures and may enter an order granting the relief requested in the Sale and bid procedures without further notice or opportunity for objection or hearing.</u>**

Dated: September __, 2026

Respectfully submitted,

*<u>/s/ Kristen E. Burgers</u>*
Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone: (703) 584-8900
Email: kburgers@hirschlerlaw.com

*Counsel to the Debtor*

United States Bankruptcy Court
District of Columbia

In re: Case No. 26-00077-ELG
Turner Development, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 3
Date Rcvd: Sep 04, 2026 Form ID: pdf001 Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Turner Development, LLC, 2901 North Capitol Street NE, Washington, DC 20002-1018 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| 813282 | + | Aiken County Tax Collector, PO Box 873, Aiken, SC 29802-0873 |
| 806858 | + | Aiken County Treasurer, P.O. Box 636, Aiken, SC 29802-0636 |
| 806859 | + | Ansermo L. Arthur, 137 Miracle Drive, Aiken, SC 29801-6351 |
| 811442 | + | Ansermo L. Arthur, c/o Douglas C. Broeker, 12700 Biscayne Blvd., Suite 402, Miami, FL 33181-2024 |
| 806860 | + | Berkadia Real Estate Advisors LLC, 121 Calhoun Street, Suite 200, Charleston, SC 29401-3533 |
| 808269 | + | DC Office of Tax & Revenue, P O Box 37559, Washington, DC 20013-7559 |
| 806863 | + | Earl Ishmal III, 10804 Lariat Way, Upper Marlboro, MD 20772-9135 |
| 806864 | + | Fuse 10, LLC, 900 NW 6th Street, Suite 201, Fort Lauderdale, FL 33311-8285 |
| 811013 | + | LaBella Associates, D.P.C., 300 State Street, Suite 201, Rochester, NY 14614-1098 |
| 806866 | + | Lisa Alexander, 124 Seaton Place, Washington, DC 20001-1623 |
| 811315 | + | Maurice VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 806867 | + | McCants & McCants, P.O. Box 2881, Aiken, SC 29802-2881 |
| 811441 | + | Melissa Oden, as trustee of the W. Melissa Oden Re, c/o Douglas C. Broeker, 12700 Biscayne Blvd., Suite 402, Miami, FL 33181-2024 |
| 806868 | + | Necole Allen, 9586 Linnett Hill Drive, Lorton, VA 22079-2779 |
| 806869 | | Opportunities Afforded Plus, 2832 Peyton Crossing Drive SW, Auburn, GA 30011 |
| 806870 | + | Parry L. Colbert, 520 Oak Creek Drive, North Augusta, SC 29860-8975 |
| 806872 | ++ | SC DEPARTMENT OF EMPLOYMENT AND WORKFORCE, PO BOX 8597, COLUMBIA SC 29202-8597 address filed with court:, South Carolina Department of, Empoyment & Workforce, 1550 Gadsden Street, P.O. Box 995, Columbia, SC 29202 |
| 813627 | | Small Business Administration, 2 North Street, Suite 320, Birmingham, AL 35203 |
| 806874 | + | The Case Company of SC, 286 Sudlow Lake Road, Graniteville, SC 29829-3729 |
| 810029 | + | The Case Company of SC LLC, Post Office Box 1407, Langley, SC 29834-1407 |
| 806875 | + | The Griffith Law Group PLLC, Attn: Marlon Griffith, 1325 G Street NW, Ste. 500, Washington, DC 20005-3136 |
| 806876 | + | Tracey D. Turner, 2901 North Capitol Street NE, Washington, DC 20002-1018 |
| 806877 | + | Troutman Pepper, Attn: Kimberly Eason, 600 Peachtree St. NE, Suite 3000, Atlanta, GA 30308-2216 |
| 806878 | + | W. Melissa Oden, 260 East Shoreline Drive, North Augusta, SC 29841-5407 |
| 806879 | + | Walter Fauntroy, 58 Channing St NW, Washington, DC 20001-1030 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Sep 04 2026 23:07:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Sep 04 2026 23:04:00 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, |

| | | | | |
|---|---|---|---|---|
| | | | | DC 20019-3540 |
| smg | ^ | MEBN | Sep 04 2026 23:04:18 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Sep 04 2026 23:07:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Sep 04 2026 23:07:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 807334 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 04 2026 23:16:06 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 806862 | + | Email/Text: angela.coleman@dc.gov | Sep 04 2026 23:07:00 | DC Office of Tax and Revenue, 1101 4th Street, SW, Washington, DC 20024-4457 |
| 806865 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 04 2026 23:07:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 808577 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 04 2026 23:07:00 | Jefferson Capital Systems LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 808374 | | Email/Text: Stephon.Woods@dc.gov | Sep 04 2026 23:07:00 | DC OFFICE OF THE ATTORNEY GENERAL, FOR DC OFFICE OF TAX AND REVENUE, 400 6TH STREET, NW, WASHINGTON, DC 20001 |
| 807302 | + | Email/Text: BankruptcyLegal@dor.sc.gov | Sep 04 2026 23:07:00 | SC Dept. of Revenue, 300A Outlet Pointe Blvd., Columbia, SC 29210-5666 |
| 806871 | + | Email/Text: bankruptcynotices@sba.gov | Sep 04 2026 23:07:00 | Small Business Administration, c/o Saeda Siam, 409 3rd St.SW, Washington, DC 20416-0002 |
| 806873 | + | Email/Text: BankruptcyLegal@dor.sc.gov | Sep 04 2026 23:07:00 | South Carolina Department of Revenue, P.O. Box 125, Columbia, SC 29202-0125 |
| 808376 | + | Email/PDF: ais.BankruptcyNoticesDFVendor@aisinfo.com | Sep 04 2026 23:16:06 | Wells Fargo Vendor Financial Svcs, LLC, 801 Walnut St, MAC F0006-052, Des Moines, IA 50309-3606 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Fuse 10, LLC |
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 806861 | ##+ | Burr & Forman LLP, 100 Calhoun Street, Suite 400, Charleston, SC 29401-3542 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Katharine Toledo | on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov Robert.W.Ours@usdoj.gov |
| Kristen E Burgers | on behalf of Debtor In Possession Turner Development LLC kburgers@hirschlerlaw.com, ndysart@hirschlerlaw.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor Fuse 10 LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 5