The order below is hereby signed.

Signed: September 11 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>TURNER DEVELOPMENT, LLC,<br><br>Debtor. | Chapter 11<br>Case No. 26-00077-ELG |

**ORDER PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE EXTENDING THE DEBTOR'S EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THERETO**

Upon consideration of the Motion for Entry of an Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending the Debtor's Exclusive Periods to File a Chapter 11 Plan and to Solicit Acceptances Thereto (the "**Motion**") filed by Turner Development, LLC, the debtor and debtor-in-possession herein (the "**Debtor**"), in which the Debtor requested entry of an order extending for 90 days the period during which the Debtor has the exclusive right to file a chapter

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
kburgers@hirschlerlaw.com

*Counsel to the Debtor*

11 plan through and including September 21, 2026 and extending for 90 days the period during which the Debtor has the exclusive right to solicit acceptances thereto through and including November 20, 2026; and due and proper notice of the Motion having been provided as set forth in the Motion and the Court finding that no other or further notice need be provided; and a hearing have been held on September 9, 2026; and all objections having been overruled at the hearing; and the Court finding that the extensions of exclusivity sought in the Motion are appropriate under the circumstances and that cause exists to grant such extensions; and after due deliberation and finding good cause, it is by the United States Bankruptcy Code for the District of Columbia,

ORDERED, that the Motion is granted; and it is further

ORDERED, that the period during which the Debtor has the exclusive right to file a chapter 11 plan is extended through and including September 21, 2026; and it is further

ORDERED, that the period during which the Debtor has the exclusive right to solicit acceptances of any proposed chapter 11 plan shall be extended through and including November 20, 2026; and it is further

ORDERED, that the extension of the exclusive periods set forth herein shall be without prejudice to the Debtor's right to request further extensions thereof; and it is further

ORDERED, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

*REMAINDER OF PAGE INTENTIONALLY BLANK*

WE ASK FOR THIS:

*/s/ Kristen E. Burgers*

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone: (703) 584-8900
Email: sleach@hirschlerlaw.com
kburgers@hirschlerlaw.com
*Counsel to the Debtor*

Copies to:

Stephen E. Leach
Kristen E. Burgers
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102

Katharine Toledo, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

All attorneys who have entered an appearance and who are registered e-filers

**END OF ORDER**

16684563.1 048878.00001