The order below is hereby signed.

Signed: September 11 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| TURNER DEVELOPMENT, LLC, | ) | Case No. 26-00077-ELG |
| | ) | |
| Debtor. | ) | |

**ORDER PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE EXTENDING THE DEBTOR'S EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THERETO**

Upon consideration of the Motion for Entry of an Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending the Debtor's Exclusive Periods to File a Chapter 11 Plan and to Solicit Acceptances Thereto (the "**Motion**") filed by Turner Development, LLC, the debtor and debtor-in-possession herein (the "**Debtor**"), in which the Debtor requested entry of an order extending for 90 days the period during which the Debtor has the exclusive right to file a chapter

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
kburgers@hirschlerlaw.com

*Counsel to the Debtor*

11 plan through and including September 21, 2026 and extending for 90 days the period during which the Debtor has the exclusive right to solicit acceptances thereto through and including November 20, 2026; and due and proper notice of the Motion having been provided as set forth in the Motion and the Court finding that no other or further notice need be provided; and a hearing have been held on September 9, 2026; and all objections having been overruled at the hearing; and the Court finding that the extensions of exclusivity sought in the Motion are appropriate under the circumstances and that cause exists to grant such extensions; and after due deliberation and finding good cause, it is by the United States Bankruptcy Code for the District of Columbia,

ORDERED, that the Motion is granted; and it is further

ORDERED, that the period during which the Debtor has the exclusive right to file a chapter 11 plan is extended through and including September 21, 2026; and it is further

ORDERED, that the period during which the Debtor has the exclusive right to solicit acceptances of any proposed chapter 11 plan shall be extended through and including November 20, 2026; and it is further

ORDERED, that the extension of the exclusive periods set forth herein shall be without prejudice to the Debtor’s right to request further extensions thereof; and it is further

ORDERED, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

*REMAINDER OF PAGE INTENTIONALLY BLANK*

WE ASK FOR THIS:

*/s/ Kristen E. Burgers*
Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone: (703) 584-8900
Email: sleach@hirschlerlaw.com
kburgers@hirschlerlaw.com
*Counsel to the Debtor*

Copies to:

Stephen E. Leach
Kristen E. Burgers
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102

Katharine Toledo, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

All attorneys who have entered an appearance and who are registered e-filers

**END OF ORDER**

16684563.1 048878.00001

United States Bankruptcy Court
District of Columbia

In re:
Turner Development, LLC
Debtor

Case No. 26-00077-ELG
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 1
Date Rcvd: Sep 11, 2026 Form ID: pdf001 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Turner Development, LLC, 2901 North Capitol Street NE, Washington, DC 20002-1018 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Katharine Toledo | on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov Robert.W.Ours@usdoj.gov |
| Kristen E Burgers | on behalf of Debtor In Possession Turner Development LLC kburgers@hirschlerlaw.com, ndysart@hirschlerlaw.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor Fuse 10 LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 5