FILED
SEP 12 2026
Clerk, U.S. District and Bankruptcy Courts

CLERK
US DISTRICT & BANKRUPTCY COURTS FOR DC
2026 SEP 12 P 2:17
RECEIVED

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br>**TURNER DEVELOPMENT, LLC,**<br>Debtor.<br><br>**LISA ALEXANDER,**<br>Creditor. | **Chapter 11**<br><br>**Case No. 26-00077-ELG** |

**CREDITOR'S MOTION TO SEAL EXHIBIT CONTAINING MEDICAL RECORDS AND HARDSHIP LETTER**

Lisa Alexander, a creditor in the above-captioned case (the "Creditor"), respectfully moves this Honorable Court pursuant to 11 U.S.C. § 107(b)(2) and Federal Rule of Bankruptcy Procedure 9037 for an order directing the Clerk of the Court to place Exhibit B to the Creditor's **Motion for Extension of Time to File Papers and Notice of Intent to Pursue Determination of Non-Discharge ability of Debt for Fraud** under seal. In support of this Motion, the Creditor states as follows:

1. The Debtor(s) filed a voluntary petition under Chapter 11 of the Bankruptcy Code on February 23, 2026.
2. The Creditor is a party of interest in this case as a creditor of the Debtor(s).
3. In connection with the Creditor's **Motion for Extension of Time to File Papers and Notice of Intent to Pursue Determination of Non-Discharge ability of Debt for Fraud**, filed concurrently herewith, the Creditor has submitted an exhibit containing a personal hardship letter and supporting medical records.
4. These documents contain highly sensitive, private, and confidential personal health information and medical histories that are protected under federal privacy standards.
5. Under 11 U.S.C. § 107(b)(2), this Court has the authority to protect an individual or entity against the public disclosure of highly confidential personal information that could cause undue harm, commercial injury, or severe embarrassment.
6. Public exposure of these private medical records and personal hardship details is not necessary for the administration of the bankruptcy estate, nor does it serve any public interest. The public interest is heavily outweighed by the Creditor's fundamental privacy rights regarding their health information.
7. The Creditor requests that Exhibit B be restricted from public viewing, while remaining accessible to the Court, the Chapter 11 Trustee, and the United States Trustee.

**WHEREFORE**, the Creditor respectfully requests that this Court enter an Order granting this Motion, directing the Clerk of the Court to place Exhibit B under seal, and granting such other and further relief as this Court deems just and proper.

Dated: September 11, 2026

Respectfully submitted,

Lisa Alexander
874 Westmont Road SW Atlanta, Georgia 30311
(202) 341-0035
Lisa17Alex@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this **5th day of September, 2026**, a true and correct copy of the foregoing *Motion for Extension of Time to File Papers and Notice of Intent to Pursue Determination of Non-Dischargeability*, alongside notices for **Exhibit A** and **Exhibit B**, was served via First-Class U.S. Mail, postage prepaid, upon the following parties:

**Office of the United States**
**Trustee** Region 4 —
Alexandria Division 1725
Duke Street, Suite 650
Alexandria, VA 22314
*(Attn: Kristen S. Eustis & Katharine Toledo)*

**Counsel for the**
**Debtor:** Hirschler
Fleischer, P.C. Attn:
Kristen E. Burgers
1676 International Drive, Suite 1350
Tysons, Virginia 22102-4940
*(Bankruptcy Counsel for Turner Development, LLC)*

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC
2026 SEP 12 P 2: 17
RECEIVED

Lisa Alexander

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC

2026 SEP 12 P 2: 17

RECEIVED

**NOT FOR PUBLIC INFORMATION**

EXHIBIT B-1:

CONFIDENTIAL MEDICAL DOCUMENTATION IN SUPPORT OF 2026 TRAUMATIC SURGERIES, HOSPITALIZATIONS, AND HARDSHIP

CASE NAME: In re: Turner Development, LLC

CASE NUMBER: No. 26-00077-ELG

FILED BY: Lisa Alexander, Creditor

NOTICE TO REVIEWING PARTIES:
The attached documentation consists of official hospital discharge summaries and surgical verification records.

Pursuant to the Health Insurance Portability and Accountability Act (HIPAA) and federal privacy standards, all sensitive non-procedural information—including medical record numbers, private diagnostic codes, insurance identifiers, and social security numbers are to be kept confidential.

These records are submitted strictly to verify the timelines of Creditor's recent traumatic surgeries and extensive hospital confinement to establish "excusable neglect" and good cause for a procedural filing extension.

**NOT FOR PUBLIC INFORMATION**

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC

2026 SEP 12 P 2: 17

RECEIVED

EXHIBIT B-1, continued:

CONFIDENTIAL MEDICAL DOCUMENTATION

2026 TRAUMATIC SURGERIES, HOSPITALIZATIONS

HARDSHIP LETTER

MOTION TO SEAL ALL PRIVATE INFORMATION

CASE NAME: In re: Turner Development, LLC

CASE NUMBER: No. 26-00077-ELG

FILED BY: Lisa Alexander, Creditor 2026

2026 BRIEF TIMELINE:

- FEBRUARY 18, 2026 - DC SUPERIOR COURT JUDGEMENT AWARD

- FEBRUARY 22-25, 2026 - 1ST HOSPITALIZATION

- FEBRUARY 23, 2026 - TURNER DEVELOPMENT LLC PETITIONED CHAPTER 11 BANKRUPTCY

- MARCH 16, 2026 - SURGERY #1 OF 2-PHASE PROCEDURE FOR A RIGHT KNEE ANTHROPLASTY

- MARCH 16-24, 2026 - 2ND HOSPITALIZATION

- MARCH 24 - APRIL 28, 2026 - ACUTE REHABILITATION

- JUNE 22, 2026 - SURGERY #2 OF 2-PHASE PROCEDURE FOR A RIGHT KNEE ANTHROPLASTY

- JUNE 22 - JULY 2, 2026 - 3RD HOSPITALIZATION

- JULY 3, 2026 - DECLINED FURTHER INPATIENT REHABILITATION AND PREFERRED HOME RECOVERY