EXHIBIT B

# Listing Team

Coldwell Banker Commercial Realty

1001 Old Aiken Road, North Augusta, SC



## Patrick Register

Lead Agent
Coldwell Banker Commercial Realty

Represents owners, investors, and institutions in the marketing and sale of commercial real estate across the Carolinas, frequently on assets where zoning, infrastructure, and physical constraints materially affect value. Current and past clients include SouthState Bank, the Republic of Honduras, VistaAuction, The A.M.E. Zion Church, and the North Carolina Conference of The United Methodist Church. Licensed in North Carolina (#233487) and South Carolina (#111829).

### ROLE ON THIS ENGAGEMENT

Leads the engagement and performs the marketing work directly: buyer identification, direct outreach and cold calling, package preparation, negotiation, and transaction management. As on previous transactions, he assembles a team to bring the right mix of organization, outreach, and expertise for the particular asset.



## Michael Mangrum

Broker / Commercial Director, Southeast
Coldwell Banker Commercial Realty

Oversees the sales and operations functions of Coldwell Banker Commercial Realty across the Southeast United States. An active broker with more than 39 years of experience in commercial sales, commercial real estate investment, and development. Past President of the Pensacola Association of REALTORS and Past Chairperson of the REALTORS Commercial Alliance Committee.

### ROLE ON THIS ENGAGEMENT

Michael Mangrum has been brought in for an active role. He provides peer-to-peer access at the executive level to owners and operators, and directs the company resources Coldwell Banker Commercial applies to its national and higher-caliber assignments, including company counsel for transaction documents. He can travel to meet prospective buyers in person where the transaction warrants it.



## Ben Stevens

Owner / Land Consultant
Silver Lining Ventures, LLC

Owner of Silver Lining Ventures, LLC, a land consulting firm, and Regional Vice President of Land Acquisitions for the Mid-Atlantic Region with Century Complete. Twenty-eight years of experience in real estate development, acquisition, entitlement, and homebuilding operations, with particular depth in land use and in residential and commercial land development. BS in Construction Management, University of Florida.

### ROLE ON THIS ENGAGEMENT

Ben Stevens has been brought in, through Silver Lining Ventures, for land and development expertise across the engagement. He assists in building the diligence package, identifying what a buyer needs in order to underwrite the site, what has already been resolved, what has not, and what it takes to resolve it. He is also available to prospective buyers and to the seller to discuss technical detail. He is not involved in land acquisitions in the Augusta, GA market, and Century Complete is not a prospective buyer for this property.

## APPROACH TO AN EXPEDITED SALE TIMELINE

Buyers on this sale will have less diligence time than a land transaction normally allows, and little incentive to spend on investigation before they know they have won. The marketing package will be built to close that gap.

Patrick Register and Ben Stevens will assemble a thorough diligence file and provide a clear list of what is and is not available, so each buyer can decide how to treat the remaining unknowns up front rather than discover them late. The materials will be presented in a form that helps developers, builders, and investors underwrite quickly, so they can plan to fund the transaction within the condensed timeline.

The objective is to let every qualified buyer reach its best view of value quickly, at minimal cost, and with confidence in what is being offered. Uncertainty gets priced. A buyer who cannot resolve an open question discounts its offer to cover the risk. Reducing that uncertainty before the bid deadline is the most direct way to increase bids.



Patrick Register • (704) 621-0190 • Patrick@CBCNRT.com
NC License #233487 • SC License #111829

# 2701 Simpson St, Monroe, NC

**SOLD**

SELLER REPRESENTATION





| PROPERTY TYPE | BUILDING SIZE | SITE | CLIENT |
|---|---|---|---|
| Industrial | ±87,500 SF | ±30.5 Acres | SouthState Bank |
| **ZONING** | **CONDITION** | **WATER TREATMENT** | |
| General Industrial (GI) | Bank owned, sold as-is | 1,000,000 GPD onsite | |

SouthState

> After a failed listing by one of the "Big 4" global brokerages, SouthState Bank hired Patrick, who recommended an auction process. However, auctions draw bargain hunters, not users. A food business is not typically expected to be searching auction sites for food processing or cold storage facilities, so Patrick reached them directly. He called them one at a time, walked each through a process none had used before, and also encouraged and procured multiple pre-auction offers. SouthState Bank achieved its goal of having the property off its books by the end of Q4 2025.

# Barberville Rd at Pettus Rd, Indian Land, SC

SOLD

SELLER REPRESENTATION



| PROPERTY TYPE | SITE | ZONING | MARKET |
|---|---|---|---|
| Residential Land | 37.57 Acres | Medium Density Residential District (MDR) | Lancaster County, SC |

**POSITIONING**
Prime for residential development

A land team had the listing with little success and brought Patrick in to find a buyer. The obstacle was timing. Developers found the site more interesting for apartments than for houses, but put the infrastructure to support that, and a willingness to rezone, five to ten years out. With no definitive timeline, anyone who needed to build now was ruled out. Patrick took the outreach international, marketing and calling into Saudi Arabia, where he found an investor looking to land bank in the United States who was also a developer at home. He worked through closing with a representative they have here. A buyer looking to land bank could justify a purchase developers could not, a site in the path of progress with infrastructure on the way and no need for a date.



Patrick Register • (704) 621-0190 • Patrick@CBCNRT.com
NC License #233487 • SC License #111829

# 2500 Sardis Rd N, Charlotte, NC

**SOLD**

BUYER REPRESENTATION



| PROPERTY TYPE | BUILDING SIZE | SITE | CLIENT |
|---|---|---|---|
| Retail | ±147,000 SF | 13.6 Acres | Vista Auction |
| **INCOME IN PLACE** | **SUITABILITY** | **SOURCING** | |
| ±40,000 SF leased unit | Heavy weekday vehicle traffic | Off market | |

Vista Auction had outgrown 60,000 SF and with exceptionally low inventory in their market, they had searched for a year, including with another broker. Nothing suitable was listed, so Patrick went at owners directly: he identified every property in the area meeting certain criteria and ran multiple rounds of calls and letters to owners. One owner, reached shortly after learning his anchor tenant would not renew, was not planning to sell but was open to an offer. Vista Auction closed before news of the tenant leaving was widely known and now owns 147,000 SF that was never for sale.



Patrick Register • (704) 621-0190 • Patrick@CBCNRT.com
NC License #233487 • SC License #111829

# 2701 Simpson St, Monroe, NC

CASE STUDY

SELLER REPRESENTATION





## THE ASSIGNMENT

One of the "Big 4" global brokerages had this 87,500 SF food processing plant on 30.5 acres and did not sell it. SouthState Bank chose to interview other brokers and hired Patrick Register, who brought on Ryan Pilsy, an industrial specialist, for technical expertise in the asset.

## THE BUILDING

The plant was essentially a refrigerator that had been turned off. Modern facilities of its type are a single open box. This one was a series of additions patched together over the years, segmented and broken up, offering none of the efficiency a large distributor buys. What it did offer was cold space a mid-sized food business could actually work in, the kind of operation where employees move product on pallet jacks rather than running forklifts at scale.

## THE CONSTRAINT

SouthState wanted the asset off its books by the end of Q4 2025, which made the ability to close at least as important as the number. Patrick recommended moving off a traditional listing and onto an auction process, using Ten-X as the platform. A traditional sale waits for offers to arrive. An auction brings buyers to a single point in time.

## THE PROBLEM WITH AUCTIONS

An auction also brings the wrong buyers. The people who shop auction listings are bargain hunters looking for a steep discount, and the users who would actually pay for this building are the ones who avoid auctions entirely. The work was reaching past the buyers already watching the platform and pulling in the ones who were not.

## THE OUTREACH

Patrick built a list of individual companies across the country and called them one at a time: regional food distributors that might want capacity in this market, and small restaurant groups of 10+ locations growing past third party distribution and ready to bring it in house. Reaching them was only the first half. Most had never bought through an auction, had never heard of Ten-X, and were being asked to commit a ten percent nonrefundable deposit on a platform they did not know, for a building with real complications and no time for ordinary diligence. Each one had to be walked through how the process worked, told early enough to have deposit funds ready if they won, and given enough of the file to justify putting that money at risk.

## THE OUTCOME

The listing agreement was signed June 26, 2025. Marketing was ready within weeks, though the auction posting was not until September 4. Six offers arrived ahead of the auction date, and SouthState accepted one above its breakeven rather than carry the risk of auction day. Under contract by November, closed in December. The buyer was a Carolinas restaurant owner who was growing and had decided to take ownership of his supply chain.



Patrick Register • (704) 621-0190 • Patrick@CBCNRT.com
NC License #233487 • SC License #111829