EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>TURNER DEVELOPMENT, LLC,<br><br>Debtor. | Case No. 26-00077-ELG<br><br>(Chapter 11) |

**VERIFIED STATEMENT OF PATRICK REGISTER IN SUPPORT OF DEBTOR'S AMENDED APPLICATION TO EMPLOY COLDWELL BANKER COMMERCIAL REALTY TO PROVIDE COMMERCIAL REAL ESTATE BROKERAGE SERVICES**

I, Patrick Register, declare as follows:

1. I am a broker at Coldwell Banker Commercial Realty ("**Coldwell Banker**") at its Charlotte, North Carolina office.

2. I make this Declaration in support of the application (the "**Application**") of Turner Development, LLC (the "**Debtor**") for authority to employ Coldwell Banker to provide commercial real estate brokerage services for the auction sale of the Debtor's real property, as more fully described in the Exclusive Right to Sell Listing Agreement (the "**Listing Agreement**") attached to the Application as Exhibit A and incorporated herein by reference.

3. The Listing Agreement is Coldwell Banker's standard form Listing Agreement with a Bankruptcy Addendum. Coldwell Banker does not have a specialized form of Listing Agreement for distressed asset or auction sales.

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
kburgers@hirschleraw.com

*Counsel to the Debtor*

4. Coldwell Banker specializes in marketing and selling real estate throughout the United States and has extensive experience representing buyers and sellers in commercial real estate transactions and development opportunities. A detailed description of Coldwell Banker and its services, capabilities, and experience is available on its website at: https://www.Coldwell Banker.com.

5. Coldwell Banker also has extensive experience selling distressed assets in foreclosure and auction settings. Additional information about the Coldwell Banker listing team, representative sales, and a case study are attached to the Application as Exhibit B and incorporated herein by reference.

6. Except as set forth herein, Coldwell Banker has no connections with the Debtor, its creditors, the United States Trustee, any person employed in the Office of the United States Trustee, or any other party in interest, or their respective attorneys and accountants.

7. To the best of my knowledge, Coldwell Banker is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14); and does not hold or represent any interest adverse to the Debtor's bankruptcy estate.

8. As explained on its website, Coldwell Banker is a large firm, with numerous offices across the United States, and offers services in commercial real estate and residential real estate sales, among other things. As such, Coldwell Banker may have previously represented clients who are creditors or parties in interest in this bankruptcy case. Nonetheless, Coldwell Banker has not served, nor will it serve, any party in a matter adverse to the Debtor or its estate in this bankruptcy case.

9. Pursuant to the Listing Agreement, Coldwell Banker has agreed to payment of a commission (the "**Commission**") of six percent (6%) of the sale price, unless the Property sells

to a secured creditor on a credit bid, in which case Coldwell Banker will receive a flat fee of $100,000. This payment structure represents a discount from Coldwell Banker's usual and customary fees.

10. Coldwell Banker has agreed to be paid from the proceeds of the sale of the Debtor's real property, after and only if the sale of the property is approved by the Court, and at the time the sale closes. If the sale does not generate sufficient net cash proceeds to pay the Commission after all taxes and other costs of sale, then Coldwell Banker shall be entitled to an administrative expense claim in the amount of the unpaid Commission.

11. Coldwell Banker has not received a retainer with respect to its representation of the Debtor.

12. Coldwell Banker understands that its fees in this case will be subject to allowance by the Court and will be paid only after approval by the Court in conjunction with a sale of the Debtor's property. Coldwell Banker will seek payment of its commission as allowed under the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules and Orders of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 23, 2026.

Signed by:

Patrick Register

Patrick Register

A42A73C573D1424...