**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-00077-ELG |
| TURNER DEVELOPMENT, LLC, | ) | |
| | ) | (Chapter 11) |
| Debtor. | ) | |

**ORDER GRANTING DEBTOR'S AMENDED APPLICATION**
**TO EMPLOY COLDWELL BANKER COMMERCIAL REALTY**
**TO PROVIDE COMMERCIAL REAL ESTATE BROKERAGE SERVICES**

UPON CONSIDERATION of the Debtor's Amended Application to Employ Coldwell Banker Commercial Realty to Provide Commercial Real Estate Brokerage Services (the "**Application**"), by which Turner Development, LLC, the debtor and debtor-in-possession herein (the "**Debtor**"), seeks to employ Coldwell Banker Commercial Realty ("**Coldwell Banker**") to provide commercial real estate brokerage services in connection with marketing and soliciting bids

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
kburgers@hirschlerlaw.com

*Counsel to the Debtor*

for the auction sale of the Debtor's real property, as is more fully set forth in the Application; and upon consideration of the Verified Statement of Patrick Register, Broker at Coldwell Banker (the "**Register Declaration**"); and the Court finding, upon the representations made in the Application and the Register Declaration, that Coldwell Banker represents or holds no interest adverse to the Debtor or its estate as to the matters upon which it is to be engaged, and is a disinterested party as contemplated by section 101(14) of the United States Bankruptcy Code; and due and proper notice of the Application having been provided, and the Court finding that no other or further notice need be provided; and it appearing that the services of Coldwell Banker as sought in the Application is necessary and in the best interests of the Debtor, its creditors and other parties in interest; and no objections having been filed or any objections having been overruled; and after due deliberation and finding good cause, it is,

ORDERED, that pursuant to section 327(a) and 328 of the Bankruptcy Code, the Debtor is authorized to employ Coldwell Banker to provide commercial real estate brokerage services in connection with the Debtor's sale of its real property upon the terms and conditions set forth in the Exclusive Right to Sell Listing Agreement (the "**Listing Agreement**") between the Debtor and Coldwell Banker attached to the Application as Exhibit A; and it is further

ORDERED, that Coldwell Banker shall be compensated in accordance with the Listing Agreement and section 330 of the Bankruptcy Code from the proceeds of the sale of the Debtor's real property following approval of any such sale by the Court.

WE ASK FOR THIS:

*/s/ Kristen E. Burgers*
Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
kburgers@hirschlerlaw.com

*Counsel to the Debtor*

SEEN AND NO OBJECTION:

__________________________

Michael Freeman, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

Copies to:

Stephen E. Leach
Kristen E. Burgers
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102

Michael Freeman, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

All attorneys who have entered an appearance and who are registered e-filers

**END OF ORDER**