RECEIVED
Mail Room
SEP 26 2026
Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

**In re:**
**TURNER DEVELOPMENT, LLC,**
Debtor.

**LISA ALEXANDER,**
Creditor.

**Chapter 11**

**Case No. 26-00077-ELG**

FILED
SEP 26 2026
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

# MOTION FOR EXTENSION OF TIME TO FILE PAPERS AND NOTICE OF INTENT TO PURSUE DETERMINATION OF NON-DISCHARGEABILITY OF DEBT FOR FRAUD

Creditor Lisa Alexander, temporarily residing at 874 Westmont Road SW, Atlanta, Georgia 30311, is an interested party and creditor in the above-captioned Chapter 11 proceeding. Creditor respectfully moves this Honorable Court for an extension of time to file formal claims and pleadings, and respectfully represents as follows:

## I. BACKGROUND AND STANDING (EXHIBIT A)

1. The Debtor, Turner Development, LLC, filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on February 23, 2026.

2. Creditor Lisa Alexander holds a valid, liquidated, non-contingent, and final judgment order issued by the **Superior Court of the District of Columbia** against the Debtor, Turner Development, LLC and its principal, Tracey Duane Turner, on **February 18, 2026**, in the amount of **$225,000 principal plus 6% annual interest ($55,997.26) accruing since January 2022, totaling $280,997.26**. A true and correct copy of the original D.C. Court Complaint and the final Judgment Order is attached hereto as **Exhibit A**.

3. The underlying debt stems directly from formal judicial findings of **civil fraud** committed by the Debtor's principal. Pursuant to 11 U.S.C. § 523(a)(2), liabilities incurred via fraud, false pretenses, or willful misrepresentation are non-dischargeable and cannot be wiped out through a Chapter 11 reorganization. Creditor explicitly submits this filing to preserve the non-dischargeable status of this debt.

## II. GROUNDS FOR EXTENSION OF TIME AND MEDICAL HARDSHIP (EXHIBIT B)

4. Creditor respectfully requests that this Court grant a reasonable **45-day extension of time** to finalize comprehensive bankruptcy claims, schedules, and adversarial filings due to severe, documented medical hardship experienced during the time of these proceedings.

5. Creditor recently underwent multiple intensive, **traumatic surgical procedures** followed by **lengthy hospital stays** during the active administration windows of this bankruptcy docket. Attached hereto as **Exhibit B** are protected medical certification records validating these procedures.

6. Appended directly alongside Exhibit B is a personal **Hardship Letter** detailed by the Creditor, highlighting the profound cognitive and physical constraints that have blocked her from timely gathering corporate history documents or fully coordinating specialized bankruptcy counsel.

7. This motion is brought in absolute good faith. A brief 45-day enlargement of time will cause zero prejudice or delay to the administration of the estate, while denying it would unjustly deprive a fraud victim of due process.

### III. CONCLUSION AND PRAYER FOR RELIEF

WHEREFORE, Creditor Lisa Alexander respectfully requests that this Honorable Court:

- **Grant a 45-day extension of time** for the Creditor to file formal proofs of claim, adversarial complaints, or corresponding objections;
- **Formally note and file** the non-dischargeable character of the $225,000 plus 6% annual since January 2022 civil fraud judgment order; and
- **Grant** all such other and further relief as this Court deems equitable, fair, and just.

Dated: September 5, 2026

Respectfully submitted,

**Lisa Alexander**
874 Westmont Road SW
Atlanta, Georgia 30311
(202)341-0035
Lisa17Alex@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this **22th day of September, 2026**, a true and correct copy of the foregoing *Motion for Extension of Time to File Papers and Notice of Intent to Pursue Determination of Non-Discharge ability*, alongside notices for **Exhibit A** and **Exhibit B**, was served via First-Class U.S. Mail, postage prepaid, upon the following parties:

**Office of the United States Trustee**
Region 4 — Alexandria Division 1725
Duke Street, Suite 650
Alexandria, VA 22314
*(Attn: Kristen S. Eustis & Katharine Toledo)*

**Counsel for the Debtor:**
Hirschler Fleischer, P.C.
Attn: Kristen E. Burgers
1676 International Drive, Suite 1350
Tysons, Virginia 22102-4940
*(Bankruptcy Counsel for Turner Development, LLC)*

**Lisa Alexander**

RECEIVED
Mail Room
SEP 26 2026
Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

In re: )

TRACEY DUANE TURNER, ) Case No. 2600077-ELG

Debtor. ) (Chapter 11)

FILED
SEP 26 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

NOTICE OF OBJECTION DEADLINE AND OPPORTUNITY TO OBJECT TO MOTION FOR EXTENSION OF TIME TO FILE PAPERS AND NOTICE OF INTEREST TO PURSUE DETERMINATION OF NON-DISCHARGEABILITY

PLEASE TAKE NOTICE THAT:

1. Creditor Lisa Alexander ("Movant") has filed a Motion to Extend the Time to File Papers and Notice of Interest to Pursue Determination of Non-Dischargeability (the "Motion") with the United States Bankruptcy Court for the District of Columbia.

2. If you oppose the Motion, or if you want the Court to consider your views on the Motion, then on or before October 10, 2026, you or your attorney must file a written objection or response with the Clerk of the United States Bankruptcy Court at:

   Clerk of the Court

   United States Bankruptcy Court for the District of Columbia

   E. Barrett Prettyman United States Courthouse

   333 Constitution Avenue, NW, Room 1225

   Washington, DC 20001

4. You must also serve a copy of your written objection or response upon the Movant at the following address:

Lisa Alexander

874 Westmont Road SW

Atlanta, Georgia 30311

(202) 341-0035

Lisa17Alex@gmail.com

5. If you do not file and serve a timely written objection or response on or before the deadline stated above, the Court may grant the relief requested in the Motion without further notice, an opportunity to object, or a hearing.

Dated: September 23, 2026

Respectfully submitted,

Lisa Alexander, Creditor Pro Se

874 Westmont Road SW

Atlanta, Georgia 30311

(202) 341-0035

Lisa17Alex@gmail.com

Retail

U.S. POSTAGE PAID
PM
ATLANTA, GA 30304
SEP 23, 2026

20001

$11.90

RDC 03 0 Lb 2.20 Oz S2324D500406-22

Lisa Alexander
874 Westmont Road SW
Atlanta, GA 30311

Clerk of Court
United States Bankruptcy Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W., Room 1225
Washington, D.C. 20001

EXPECTED DELIVERY DAY: 09/28/26

USPS TRACKING® #

9505 5117 7814 6266 8153 42