The order below is hereby signed.

Signed: September 28 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | |
| TURNER DEVELOPMENT, LLC, | Case No. 26-00077-ELG |
| Debtor. | (Chapter 11) |

**ORDER GRANTING DEBTOR'S AMENDED APPLICATION TO EMPLOY COLDWELL BANKER COMMERCIAL REALTY TO PROVIDE COMMERCIAL REAL ESTATE BROKERAGE SERVICES**

UPON CONSIDERATION of the Debtor's Amended Application to Employ Coldwell Banker Commercial Realty to Provide Commercial Real Estate Brokerage Services (the "**Application**"), by which Turner Development, LLC, the debtor and debtor-in-possession herein (the "**Debtor**"), seeks to employ Coldwell Banker Commercial Realty ("**Coldwell Banker**") to provide commercial real estate brokerage services in connection with marketing and soliciting bids

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
kburgers@hirschleraw.com

*Counsel to the Debtor*

for the auction sale of the Debtor's real property, as is more fully set forth in the Application; and upon consideration of the Verified Statement of Patrick Register, Broker at Coldwell Banker (the "**Register Declaration**"); and the Court finding, upon the representations made in the Application and the Register Declaration, that Coldwell Banker represents or holds no interest adverse to the Debtor or its estate as to the matters upon which it is to be engaged, and is a disinterested party as contemplated by section 101(14) of the United States Bankruptcy Code; and due and proper notice of the Application having been provided, and the Court finding that no other or further notice need be provided; and it appearing that the services of Coldwell Banker as sought in the Application is necessary and in the best interests of the Debtor, its creditors and other parties in interest; and no objections having been filed or any objections having been overruled; and after due deliberation and finding good cause, it is,

ORDERED, that pursuant to section 327(a) and 328 of the Bankruptcy Code, the Debtor is authorized to employ Coldwell Banker to provide commercial real estate brokerage services in connection with the Debtor's sale of its real property upon the terms and conditions set forth in the Exclusive Right to Sell Listing Agreement (the "**Listing Agreement**") between the Debtor and Coldwell Banker attached to the Application as Exhibit A; and it is further

ORDERED, that Coldwell Banker shall be compensated in accordance with the Listing Agreement and section 330 of the Bankruptcy Code from the proceeds of the sale of the Debtor's real property following approval of any such sale by the Court.

WE ASK FOR THIS:

*/s/ Kristen E. Burgers*
Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
kburgers@hirschlerlaw.com

*Counsel to the Debtor*

Copies to:

Stephen E. Leach
Kristen E. Burgers
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102

Kristen Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

All attorneys who have entered an appearance and who are registered e-filers

**END OF ORDER**

24362807.1 051323.00001

United States Bankruptcy Court
District of Columbia

In re:
Turner Development, LLC
Debtor

Case No. 26-00077-ELG
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 3
Date Rcvd: Sep 28, 2026 Form ID: pdf001 Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Turner Development, LLC, 2901 North Capitol Street NE, Washington, DC 20002-1018 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| 813282 | + | Aiken County Tax Collector, PO Box 873, Aiken, SC 29802-0873 |
| 806858 | + | Aiken County Treasurer, P.O. Box 636, Aiken, SC 29802-0636 |
| 806859 | + | Ansermo L. Arthur, 137 Miracle Drive, Aiken, SC 29801-6351 |
| 811442 | + | Ansermo L. Arthur, c/o Douglas C. Broeker, 12700 Biscayne Blvd., Suite 402, Miami, FL 33181-2024 |
| 806860 | + | Berkadia Real Estate Advisors LLC, 121 Calhoun Street, Suite 200, Charleston, SC 29401-3533 |
| 808269 | + | DC Office of Tax & Revenue, P O Box 37559, Washington, DC 20013-7559 |
| 806863 | + | Earl Ishmal III, 10804 Lariat Way, Upper Marlboro, MD 20772-9135 |
| 806864 | + | Fuse 10, LLC, 900 NW 6th Street, Suite 201, Fort Lauderdale, FL 33311-8285 |
| 811013 | + | LaBella Associates, D.P.C., 300 State Street, Suite 201, Rochester, NY 14614-1098 |
| 806866 | + | Lisa Alexander, 124 Seaton Place, Washington, DC 20001-1623 |
| 814606 | + | Lisa Alexander, 874 Westmont Road SW, Atlanta, GA 30311-2750 |
| 811315 | + | Maurice VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 806867 | + | McCants & McCants, P.O. Box 2881, Aiken, SC 29802-2881 |
| 811441 | + | Melissa Oden, as trustee of the W. Melissa Oden Re, c/o Douglas C. Broeker, 12700 Biscayne Blvd., Suite 402, Miami, FL 33181-2024 |
| 806868 | + | Necole Allen, 9586 Linnett Hill Drive, Lorton, VA 22079-2779 |
| 806869 | | Opportunities Afforded Plus, 2832 Peyton Crossing Drive SW, Auburn, GA 30011 |
| 806870 | + | Parry L. Colbert, 520 Oak Creek Drive, North Augusta, SC 29860-8975 |
| 806872 | ++ | SC DEPARTMENT OF EMPLOYMENT AND WORKFORCE, PO BOX 8597, COLUMBIA SC 29202-8597 address filed with court:, South Carolina Department of, Empoyment & Workforce, 1550 Gadsden Street, P.O. Box 995, Columbia, SC 29202 |
| 813627 | | Small Business Administration, 2 North Street, Suite 320, Birmingham, AL 35203 |
| 806874 | + | The Case Company of SC, 286 Sudlow Lake Road, Graniteville, SC 29829-3729 |
| 810029 | + | The Case Company of SC LLC, Post Office Box 1407, Langley, SC 29834-1407 |
| 806875 | + | The Griffith Law Group PLLC, Attn: Marlon Griffith, 1325 G Street NW, Ste. 500, Washington, DC 20005-3136 |
| 806876 | + | Tracey D. Turner, 2901 North Capitol Street NE, Washington, DC 20002-1018 |
| 806877 | + | Troutman Pepper, Attn: Kimberly Eason, 600 Peachtree St. NE, Suite 3000, Atlanta, GA 30308-2216 |
| 806878 | + | W. Melissa Oden, 260 East Shoreline Drive, North Augusta, SC 29841-5407 |
| 806879 | + | Walter Fauntroy, 58 Channing St NW, Washington, DC 20001-1030 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Sep 28 2026 23:25:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 28 2026 23:17:59 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Sep 28 2026 23:18:01 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Sep 28 2026 23:25:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Sep 28 2026 23:25:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 807334 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2026 23:27:11 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 806862 | + | Email/Text: angela.coleman@dc.gov | Sep 28 2026 23:25:00 | DC Office of Tax and Revenue, 1101 4th Street, SW, Washington, DC 20024-4457 |
| 806865 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 28 2026 23:25:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 808577 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 28 2026 23:25:00 | Jefferson Capital Systems LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 808374 | | Email/Text: Stephon.Woods@dc.gov | Sep 28 2026 23:25:00 | DC OFFICE OF THE ATTORNEY GENERAL, FOR DC OFFICE OF TAX AND REVENUE, 400 6TH STREET, NW, WASHINGTON, DC 20001 |
| 807302 | + | Email/Text: BankruptcyLegal@dor.sc.gov | Sep 28 2026 23:25:00 | SC Dept. of Revenue, 300A Outlet Pointe Blvd., Columbia, SC 29210-5666 |
| 806871 | + | Email/Text: bankruptcynotices@sba.gov | Sep 28 2026 23:25:00 | Small Business Administration, c/o Saeda Siam, 409 3rd St.SW, Washington, DC 20416-0002 |
| 806873 | + | Email/Text: BankruptcyLegal@dor.sc.gov | Sep 28 2026 23:25:00 | South Carolina Department of Revenue, P.O. Box 125, Columbia, SC 29202-0125 |
| 808376 | + | Email/PDF: ais.BankruptcyNoticesDFVendor@aisinfo.com | Sep 28 2026 23:27:20 | Wells Fargo Vendor Financial Svcs, LLC, 801 Walnut St, MAC F0006-052, Des Moines, IA 50309-3606 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Fuse 10, LLC |
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| cr | *+ | Lisa Alexander, 874 Westmont Road SW, Atlanta, GA 30311-2750 |
| 806861 | ##+ | Burr & Forman LLP, 100 Calhoun Street, Suite 400, Charleston, SC 29401-3542 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0090-1 User: admin Page 3 of 3
Date Rcvd: Sep 28, 2026 Form ID: pdf001 Total Noticed: 43

Date: Sep 30, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kristen E Burgers | on behalf of Debtor In Possession Turner Development LLC kburgers@hirschlerlaw.com, ndysart@hirschlerlaw.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor Fuse 10 LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 4