**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-00077-ELG |
| TURNER DEVELOPMENT, LLC, | ) | (Chapter 11) |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**
**(NOTICE OF BID PROCEDURES, AUCTION DATE, AND SALE HEARING)**

I HEREBY CERTIFY that a copy of the Notice of Bid Procedures, Auction Date, and Confirmation Hearing [Docket No. 72] was served (a) on October 7, 2026 by operation of this Court's CM/ECF electronic case management system on the parties identified on Exhibit A (ECF Service List), (b) on October 8, 2026 by first-class mail on the parties identified on Exhibit B (First Class Mail Service List), and (c) on October 8, 2026 by first-class mail on the parties identified on Exhibit C, including Purchaser and on all entities known to have expressed an interest in bidding on the Property.

Dated: October 12, 2026

Respectfully submitted,

*/s/ Kristen E. Burgers*
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone: (703) 584-8900
Email: kburgers@hirschlerlaw.com

*Counsel to the Debtor*

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
kburgers@hirschlerlaw.com

*Counsel to the Debtor*

# EXHIBIT A

## ECF SERVICE LIST

Electronic Mail Notice List - Parties in the case only

- US Trustee for Region Four: USTPRegion04.DC.ECF@usdoj.gov
- Kristen S. Eustis: kristen.s.eustis@usdoj.gov
- Katharine I. Toledo: Katharine.i.toledo@usdoj.gov
- Maurice B. VerStandig: mac@mbvesq.com

# EXHIBIT B

## FIRST CLASS MAIL SERVICE LIST

**Aiken County Treasurer**
**PO Box 636**
**Aiken, SC 29802-0636**

**Ansermo L. Arthur**
**137 Miracle Drive**
**Aiken, SC 29801**

**Child Support Services Division**
**Office of the Attorney General**
**400 6th Street, NW**
**Washington, DC 20001**

**Burr & Forman LLP**
**850 Morrison Drive, Suite 300**
**Charleston, SC 29403**

**Capital One NA**
**c/o AIS InfoSource LP, as agent**
**PO Box 71083**
**Charlotte, NC 28272-1083**

**Earl Ishmal III**
**10804 Lariat Way**
**Upper Marlboro, MD 20772**

**US Attorney's Office**
**Civil Division**
**601 D Street, NW**
**Washington, DC 20004**

**Lisa Alexander**
**124 Seaton Place**
**Washington, DC 20001**

**McCants & McCants**
**PO Box 2881**
**Aiden, SC 29802-2881**

**Necole Allen**
**9586 Linnett Hill Drive**
**Lorton, VA 22079**

**Opportunities Afforded Plus, LLC**
**2832 Peyton Crossing Drive**
**Atlanta, GA 30311**

**Parry L. Colbert**
**520 Oak Creek Drive**
**North Augusta, SC 29860**

**South Carolina Dept. of Revenue**
**300A Outlet Pointe Boulevard**
**Columbia, SC 29210**

**South Carolina Dept. of Employment**
**PO Box 8597**
**Columbia, SC 29202-8597**

**The Case Company of SC**
**286 Sudlow Lake Road**
**Graniteville, SC 29829**

**The Griffith Law Group PLLC**
**Attn: Marlon Griffith**
**1455 Pennsylvania Avenue, NW, Suite 400**
**Washington, DC 20004**

**Tracey D. Turner**
**2901 N. Capitol Street, NE**
**Washington, DC 0002**

**Troutman Pepper**
**Attn: Kimberly Eason**
**600 Peachtree St., NE, Suite 3000**
**Atlanta, GA 30308**

**W. Melissa Oden**
**260 E. Shoreline Drive**
**North Augusta, SC 29841**

**Walter Fauntroy**
**58 Channing Street, NW**
**Washington, DC 20001**

**US Environmental Protection Agency**
**Attn: Carlyn Winter Prisk**
**Region III (3HS62)**
**1650 Arch Street**
**Philadelphia, PA 19103-2029**

**Social Security Administration**
**Office of the General Counsel-Program Lit.**
**Attn: Bankruptcy**
**6401 Security Boulevard**
**Baltimore, MD 21235-00001**

**District Unemployment Comp Board**
**4058 Minnesota Avenue, NE, 4th Floor**
**Washington, DC 20019**

**DC Office of Tax and Revenue**
**Compliance Adm./Collection Div.**
**1101 4th Street, SW, Suite 270 West**
**Washington, DC 20024**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**Office of Attorney General**
**Tax Bankruptcy & Finance**
**441 4th Street, NW, 6th Floor**
**Washington, DC 20001**

**Secretary of the Treasury**
**15th and Pennsylvania Avenue, NW**
**Washington, DC 20220-00001**

**Securities & Exchange Commission**
**Office of Reorganization**
**950 East Paces Ferry Road, NE, Ste. 900**
**Atlanta, GA 30326-1382**

**Small Business Administration**
**2 North Street, Suite 320**
**Birmingham, AL 35203**

**EXHIBIT C**

**PURCHASER AND INTERESTED PARTIES SERVICE LIST**

Ivey Development
672 Industrial Park Drive, Suite 200
Evans, Georgia 30809
Attention: S. Mark Ivey

The Bayard Group
11220 Elm Lane, Suite 205B
Charlotte, North Carolina 28277
Attention: Ken Holbrooks

The Bayard Group
1108 Industrial Drive
Matthews, North Carolina 28105
Attention: Ken Holbrooks

Stanley Martin Homes
2743 Perimeter Parkway
Building 200, Suite 225
Augusta, Georgia 30909
Attention: Jonathan P. Hornick, Director of Land