**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-00077-ELG |
| TURNER DEVELOPMENT, LLC, | ) | |
| | ) | (Chapter 11) |
| Debtor. | ) | |

**DEBTOR'S LIMITED OBJECTION TO MOTION FOR EXTENSION OF TIME TO FILE PAPERS AND NOTICE OF INTENT TO PURSUE DETERMINATION OF NON-DISCHARGEABILITY OF DEBT FOR FRAUD**

Turner Development, LLC, the debtor and debtor-in-possession herein (the "**Debtor**"), hereby files its limited objection (the "**Objection**") to the Motion for Extension of Time to File Papers and Notice of Intent to Pursue Determination of Non-Dischargeability of Debt for Fraud [Docket Nos. 58 and 69] (the "**Motion**") filed by Lisa Alexander ("**Ms. Alexander**"). In support of its Objection, the Debtor respectfully states as follows:

1. The Debtor has no objection to Ms. Alexander filing a late proof of claim in this matter; provided, however, that the Debtor reserves all rights to object to Ms. Alexander's claim on all bases other than timeliness. The Debtor notes that it identifies Ms. Alexander as the holder of a general unsecured claim in the amount of $225,000 on its Schedule E/F at Item 3.3.

2. It is not clear to Debtor's counsel what relief, if any, Ms. Alexander seeks in the Motion with respect to her intention to file a complaint for nondischargeability. However, counsel notes that Section 1141(d)(3) of the Bankruptcy Code (in conjunction with Section 727(a)(1) of the Bankruptcy Code) generally prohibits a discharge for corporate debtors.

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
kburgers@hirschleraw.com

*Counsel to Turner Development, LLC*

Additionally, Bankruptcy Rule 4004(a)(2) states that "[i]n a Chapter 11 case, a complaint objecting to a discharge must be filed on or before the first date set for the hearing on confirmation."

3. Finally, the Debtor notes for the record that Ms. Alexander did not obtain a judgment with "formal judicial findings of civil fraud" as noted in paragraph 3 of the Motion. Rather, the parties agreed to a consent order following a judicial mediation. A true and correct copy of the docket sheet from the underlying case in the Superior Court for the District of Columbia, *Lisa Alexander v. Turner Development, LLC et al.*, Case No. (2022-CA-003968-B) is attached hereto as Exhibit A.

WHEREFORE, the Debtor respectfully requests that the Court enter an order allowing the filing of a claim by Ms. Alexander, expressly preserving the Debtor's right to object to such claim for any reason other than timeliness, and denying all other relief requested in the Motion.

Dated: October 12, 2026

Respectfully submitted,

*/s/ Kristen E. Burgers*

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
kburgers@hirschlerlaw.com

*Counsel to Turner Development, LLC*

**Civil Actions**

EXHIBIT A

## Case Summary

**Case No. 2022-CA-003968-B**

| | | | |
|---|---|---|---|
| **ALEXANDER, LISA Vs. TURNER DEVELOPMENT, LLC AND TDL et al** | § | Location: | **Civil Actions** |
| | § | Judicial Officer: | **Okun, Robert D** |
| | § | Filed on: | **09/01/2022** |

### Case Information

File Date 09/01/2022

| **Cause of Action** | **Description/Remedy** |
|---|---|
| Complaint for Breach of Contract Filed | Action<br>Complaint for Breach of Contract Filed |

Case Type: Civil II

Subtype: Complaint for Breach of Contract Filed

Case Status: **04/18/2025 Reopen**
12/13/2024 Closed
09/01/2022 Open

### Statistical Closures

12/13/2024 Dismissed for Want of Prosecution

### Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2022-CA-003968-B |
| Court | Civil Actions |
| Date Assigned | 04/18/2025 |
| Judicial Officer | Okun, Robert D |

**Previous Case Assignments**

| | |
|---|---|
| Case Number | 2022-CA-003968-B |
| Court | Civil Actions |
| Date Assigned | 01/31/2024 |
| Judicial Officer | Ross, Maurice |
| Reason | Judicial Caseload Transfer |

| | |
|---|---|
| Case Number | 2022-CA-003968-B |
| Court | Civil Actions |
| Date Assigned | 12/29/2023 |
| Judicial Officer | Pittman, Jonathan H |
| Reason | Judicial Caseload Transfer |

| | |
|---|---|
| Case Number | 2022-CA-003968-B |
| Court | Civil Actions |
| Date Assigned | 09/01/2022 |
| Judicial Officer | Rigsby, Robert R |
| Reason | Judicial Caseload Transfer |

### Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Alexander, Lisa**<br>124 Seaton Place, NW<br>WASHINGTON, DC 20001 | **Jobson, Franz C**<br>***Retained***<br>954-594-6008(W)<br>1560 SAWGRASS CORPORATE PARKWAY<br>4TH FL<br>FORT LAUDERDALE, FL 33323<br>Franz@jobsonlaw.com |

## Case Summary

**Case No. 2022-CA-003968-B**

| | | |
|---|---|---|
| **Defendant** | **Turner, Tracey**<br>2901 N. Capital Street, NE<br>WASHINGTON, DC 20002 | **Norman, Elton F**<br>***Retained***<br>301-576-3544(F)<br>301-588-4888(W)<br>8720 Georgia Avenue, Suite 1000<br>Silver Spring, MD 20910<br>enorman@normanlawfirm.net |
| | **Turner Development, Llc And Tdl**<br>2901 N. Capital Street, NE<br>WASHINGTON, DC 20002 | **Norman, Elton F**<br>***Retained***<br>301-576-3544(F)<br>301-588-4888(W)<br>8720 Georgia Avenue, Suite 1000<br>Silver Spring, MD 20910<br>enorman@normanlawfirm.net |

### Events and Orders of the Court

09/01/2022
Complaint for Breach of Contract Filed
*Complaint for Breach of Contract Filed Receipt: 499907 Date: 09/01/2022*

09/01/2022
eComplaint Filed
*eComplaint Filed. submitted 09/01/2022 15:07. mw (NO SUMMONS NOR INFORMATION SHEET SUBMITTED) Attorney: JOBSON, Mr FRANZ C (454621) LISA ALEXANDER (Plaintiff);*

09/01/2022
Event Scheduled
*Event Scheduled Event: Initial Scheduling Conference-60 Date: 12/09/2022 Time: 10:00 am Judge: RIGSBY, ROBERT R Location: Courtroom 320*

09/01/2022
Initial Order and Addendum Issued (60 Days)
*Initial Order and Addendum Issued (60 Days) Initial Order-60 Days Sent on: 09/01/2022 16:43:38.29*

09/07/2022
Complaint Package eServed
*Complaint Package eServed to Filer. ek*

09/22/2022
Initial Summons Requested as to
*Initial Summons Requested as to: Defendants (NO SUMMONS INSSUED FOR TURNER DEVELOPMENT DUE TO A DISCREPANCY ON DEFENDANT'S NAME). Submitted 09/22/2022 16:33. DM TRACEY TURNER (Defendant);*

09/22/2022
Additional eFiling Document to
*Additional eFiling Document to Initial Summons Requested as to: Defendants (NO SUMMONS INSSUED FOR TURNER DEVELOPMENT DUE TO A DISCREPANCY ON DEFENDANT'S NAME). Submitted 09/22/2022 16:33. DM*

09/28/2022
Summons Issued and eServed by the Clerk
*Summons Issued and eServed by the Clerk*

11/07/2022 Order Sua Sponte Entered on Docket (Judicial Officer: Rigsby, Robert R)
Signed on: 11/07/2022

11/07/2022 Notice

11/22/2022
Motion Filed (Judicial Officer: Rigsby, Robert R)
*Plaintiff's Motion to Enlarge Time Within Which to Effect Service*
Docketed on: 11/28/2022
Filed by: Plaintiff Alexander, Lisa

12/09/2022 *CANCELED* **Initial Scheduling Conference-60** (10:00 AM) (Judicial Officer: Rigsby, Robert R)

## Case Summary

**Case No. 2022-CA-003968-B**

*Continued without a Future Date*

12/12/2022
Affidavit/Declaration of Service of Summons and Complaint
Docketed On: 12/12/2022
Filed By: Plaintiff Alexander, Lisa
Served On: Defendant Turner, Tracey

01/04/2023
Answer to Complaint
*Defendants' Answers to Plaintiff's Complaint*
Filed By: Defendant Turner, Tracey;
Defendant Turner Development, Llc And Tdl

01/04/2023
Motion to Extend Filed (Judicial Officer: Rigsby, Robert R)
*Defendants' Tracey Turner and Turner Development LLC Motion to Extend Time to Respond to Complaint*
Docketed on: 01/17/2023
Filed by: Defendant Turner, Tracey;
Defendant Turner Development, Llc And Tdl

01/05/2023
Order Granting Motion (Judicial Officer: Rigsby, Robert R)
*cx*
Signed on: 01/05/2023

01/05/2023 Notice

01/13/2023
**Initial Scheduling Conference** (10:00 AM)
**MINUTES - 01/13/2023**
Held and Completed; Deft. Atty. Turner and Deft. Atty. Norman present
Journal Entry Details:
*CourtSmart. Hearing held remotely. Pltf. Atty. Jobson, Deft. Atty. Turner and Deft. Atty. Norman present. Case placed on Track 2-Mediation. Scheduling Order to issue from chambers.;*
*Parties Present: Primary Attorney Jobson, Franz C*
*Held and Completed*

01/17/2023
Track 2 - Mediation Scheduling Order Entered on the Docket (Judicial Officer: Rigsby, Robert R)

01/17/2023 Notice

01/17/2023
Order Granting Motion (Judicial Officer: Rigsby, Robert R)
Signed on: 01/17/2023

03/17/2023
Witness List Filed
Filed by: Plaintiff Alexander, Lisa

03/27/2023
Motion for Extension of Discovery (Judicial Officer: Rigsby, Robert R)
*PLAINTIFF'S MOTION TO ENLARGE TIME WITHIN WHICH TO COMPLY WITH PRE-TRIAL ORDER*
Docketed on: 03/31/2023
Filed by: Plaintiff Alexander, Lisa

04/25/2023
Order Granting (Judicial Officer: Rigsby, Robert R)
Signed on: 04/25/2023

04/25/2023 Notice

09/06/2023 *CANCELED* **Remote Mediation Session (Civil 2 and SC Jury Demand)** (1:30 PM)
*Mediation Readiness Certificate Not Submitted*

12/01/2023
**Remote Status Hearing** (10:00 AM)
**MINUTES - 12/01/2023**
Held and Completed;
Journal Entry Details:
*CourtSmart. Hearing held remotely. Pltf. Atty. Jobson present only. Pltf. to contact Deft. Atty. Norman and inform*

## Case Summary

**Case No. 2022-CA-003968-B**

*him of next Court date. Remote status hearing set for 1/5/24 @10:00 a.m.;*
*Parties Present: Primary Attorney Jobson, Franz C*
*Held and Completed*

01/05/2024 **Remote Status Hearing** (10:00 AM) (Judicial Officer: Irving, Alfred S)
**MINUTES - 01/05/2024**
Held and Completed;
Journal Entry Details:
*Courtsmart/Webex/Remote. Plaintiff Attorney Jobson present. Defendant Attorney Norman present. Mediation set for 2/22/24 at 1:30 pm. ;*
*Parties Present: Primary Attorney Jobson, Franz C*
*Held and Completed*

01/08/2024 Order Filed and Entered on Docket (Judicial Officer: Irving, Alfred S)
*Order setting mediation. E-filed and e-served 1/8/2024.*
Signed on: 01/08/2024

01/08/2024 Notice

02/07/2024 Order Filed and Entered on Docket (Judicial Officer: Edelman, Todd E)
*Transfer Order Entered eserved, emailed, and mailed 02/07/24 DAG*
Signed on: 02/07/2024

02/07/2024 Notice

02/09/2024 Order to Show Cause Entered on Docket (Judicial Officer: Ross, Maurice)
*Order to Show Cause entered on docket 02/09/24. E-served and mailed to parties 02/09/24. NK*
Signed on: 02/09/2024

02/09/2024 Notice

02/14/2024
Reply Filed
*PLAINTIFF'S RESPONSE TO THIS HONORABLE COURT'S ORDER TO SHOW CAUSE REGARDING PROOF OF SERVICE*
Docketed on: 02/16/2024
Filed by: Plaintiff Alexander, Lisa

02/22/2024 *CANCELED* **Remote Mediation Session (Civil 2 and SC Jury Demand)** (1:30 PM)
*Mediation Readiness Certificate Not Submitted*

03/07/2024
Order Sua Sponte Entered on Docket (Judicial Officer: Ross, Maurice)
*Order Discharging Show Cause and Setting Mediation entered on docket 03/07/24. E-served and mailed to parties 03/07/24. NK*
Signed on: 03/07/2024

03/07/2024 Notice

06/05/2024 **Remote Mediation Session (Civil 2 and SC Jury Demand)** (1:30 PM)
04/24/2024 Continued to 05/15/2024 - Request/Consent of Parties - Alexander, Lisa; Turner Development, Llc And Tdl; Turner, Tracey
05/15/2024 Continued to 06/05/2024 - Request/Consent of Parties - Alexander, Lisa; Turner Development, Llc And Tdl; Turner, Tracey
*Mediation Held/Continued for Follow-up Mediation*

07/10/2024 **Remote Mediation Session (Civil 2 and SC Jury Demand)** (1:30 PM)
06/27/2024 Continued to 07/10/2024 - Request/Consent of Parties - Alexander, Lisa; Turner Development, Llc And Tdl; Turner, Tracey
*Mediation Held/Continued for Follow-up Mediation*

08/28/2024 **Mediation Session (Civil 2 and SC Jury Demand)(*MD use only*** (1:30 PM)
08/07/2024 Continued to 08/21/2024 - Request/Consent of Parties - Alexander, Lisa; Turner Development, Llc And Tdl; Turner, Tracey

## Case Summary

**Case No. 2022-CA-003968-B**

08/21/2024 Continued to 08/28/2024 - Request/Consent of Parties - Alexander, Lisa; Turner Development, Llc And Tdl; Turner, Tracey
*Mediation Held/Continued for Follow-up Mediation*

09/12/2024
**Mediation Session (Civil 2 and SC Jury Demand)(*MD use only*** (10:00 AM)
*Mediation Held/Continued for Follow-up Mediation*

09/25/2024
**Remote Mediation Session (Civil 2 and SC Jury Demand)** (1:00 PM)
**Mediation Held/Agreement Reached*

09/26/2024
Order Sua Sponte Entered on Docket (Judicial Officer: Ross, Maurice)
*Order Setting a Remote Status Hearing; efiled, eserved, and copies to be mailed to parties from Chambers (kr)*
Signed on: 09/26/2024

09/26/2024 Notice

12/13/2024
**Remote Status Hearing** (10:00 AM) (Judicial Officer: Ross, Maurice)
**MINUTES - 12/13/2024**
Held and Completed;
Journal Entry Details:
*COURTSMART. REMOTE. Plaintiff and defendant failed to appear. Case dismissed by the court for want of prosecution.;*
*Held and Completed*

12/13/2024
Order Dismissing For Want of Prosecution (Judicial Officer: Ross, Maurice)
Signed on: 12/13/2024

12/13/2024 Notice

03/11/2025
Motion to Reinstate Filed (Judicial Officer: Okun, Robert D)
*Plaintiff's Motion for Relief from Sanctions and to Reinstate Case*
Docketed on: 03/12/2025
Filed by: Plaintiff Alexander, Lisa

04/18/2025
Order Granting Motion (Judicial Officer: Okun, Robert D)
*Order Granting Plaintiff's Motion to Reinstate Case entered on docket. E-filed and e-served. TK*
Signed on: 04/18/2025

04/18/2025 Notice

05/30/2025
**Remote Status Hearing** (10:00 AM) (Judicial Officer: Okun, Robert D)
**MINUTES - 05/30/2025**
Held and Completed;
Journal Entry Details:
*Court Smart: Status Hearing Held Remotely; Plaintiff Lisa Alexander, Plaintiffs Counsel Franz Jobson, Defense Counsel Elton Norman and Defendant Tracey Turner appeared before the Court remotely for the scheduled Status Hearing. Parties represented to the Court that a Settlement Agreement has been reached but no further activity has occurred. A Pretrial Conference has been set for 12/11/2025 @9:30AM, CR518. Track 1 has been requested; Scheduling Orders are to be issued from Chambers to all parties. L.R. ;*
*Parties Present: Plaintiff Alexander, Lisa*
*Defendant Turner Development, Llc And Tdl*
*Defendant Turner, Tracey*
*Primary Attorney Jobson, Franz C*
*Private Practice Attorney Norman, Elton F*
*Held and Completed*

05/30/2025
Track 1 - Mediation Scheduling Order Entered on the Docket (Judicial Officer: Okun, Robert D)
*Track 1 Scheduling Order entered on docket. E-filed and e-served. TK*

05/30/2025 Notice

06/30/2025
Witness List Filed

*Plaintiff's Amended Witness List*
Docketed on: 07/01/2025
Filed by: Plaintiff Alexander, Lisa

06/30/2025
Witness List Filed
*Defendants' Witness List*
Docketed on: 07/01/2025
Filed by: Defendant Turner Development, Llc And Tdl

09/25/2025
Motion for Summary Judgment Filed (Judicial Officer: Okun, Robert D)
*Plaintiff's Motion For Summary Judgment*
Docketed on: 09/26/2025
Filed by: Plaintiff Alexander, Lisa

11/05/2025
Order Denying Motion (Judicial Officer: Okun, Robert D)
*for Summary Judgment Without Prejudice. Eserved. LR.*
Signed on: 11/05/2025

11/05/2025 Notice
*of Order Denying Without Prejudice Plaintiff's Motion for Summary Judgment*

12/10/2025
Pretrial Statement Filed
*Joint Pretrial Statement*
Docketed on: 12/10/2025
Filed by: Defendant Turner, Tracey;
Defendant Turner Development, Llc And Tdl;
Plaintiff Alexander, Lisa

12/10/2025
Opposition to Motion Filed
*Defendants' Opposition to Plaintiff's Motion for Summary Judgment*
Docketed on: 12/10/2025
Filed by: Defendant Turner, Tracey;
Defendant Turner Development, Llc And Tdl

12/11/2025
**Pretrial Conference** (9:30 AM) (Judicial Officer: Okun, Robert D)
**MINUTES - 12/11/2025**
Held and Completed;
Journal Entry Details:
*COURTSMART. WebEx. REMOTE. Plaintiff's counsel Jobson present IN PERSON. Defendant's counsel Norman present IN PERSON. Parties discuss witnesses and Exhibits. Jury Trial scheduled for 4/27/2026 at 9:30 a.m. in Courtroom 518. Judicial Mediation set for 2/18/2026 at 2:00 p.m. A Pretrial Order to issue. MAP;*
*Parties Present: Primary Attorney Jobson, Franz C*
*Private Practice Attorney Norman, Elton F*
*Held and Completed*

12/11/2025
Order Filed and Entered on Docket (Judicial Officer: Okun, Robert D)
*Pretrial Order. E-filed on all parties.*
Signed on: 12/11/2025

12/11/2025 Notice
*Pretrial Order*

02/18/2026
**Settlement Conference Before Judge** (2:00 PM) (Judicial Officer: Okun, Robert D)
**MINUTES - 02/18/2026**
**Remote Status Hearing** (08/20/2026 at 9:30 AM) (Judicial Officer: Okun, Robert D)
*Held and Completed*
Judgment (Judicial Officer: Okun, Robert D)
*CONSENT judgment is entered in favor of Lisa Alexander and against Turner Development, LLC and Tracey Turner jointly and severally in the amount of $225,000.00 plus 6% annual pre-judgment interest retroactive to January 2022. The Plaintiff will not be able to collect on the judgment for a period of 6 months following the entry of this*

*judgment.*
Signed on: 02/18/2026
Judgment by Consent (Judicial Officer: Okun, Robert D)
*The Court enters a CONSENT judgment in favor of Lisa Alexander and against Turner Development, LLC and Tracey Turner jointly and severally in the amount of $225,000.00 plus 6% annual pre-judgment interest retroactive to January 2022. The Plaintiff will not be able to collect on the judgment for a period of 6 months following the entry of this judgment.*
Signed on: 02/18/2026
Held and Completed;
Journal Entry Details:
*CourtSmart: 518/Webex In person Plaintiff's atty Jobson present. Plaintiff present. Defendant's atty Norman present. Defendant present. The Court conducted Judicial Mediation with the parties off the record. The parties reached a settlement. Settlement was placed on the record by the Court. The Court enters a CONSENT judgment in favor of Lisa Alexander and against Turner Development, LLC and Tracey Turner jointly and severally in the amount of $225,000.00 plus 6% annual pre-judgment interest retroactive to January 2022. The Plaintiff will not be able to collect on the judgment for a period of 6 months following the entry of this judgment. Trial date is now vacated. Remote Status Hearing set for 08/20/2026 at 9:30am.;*
*Parties Present: Plaintiff Alexander, Lisa*
*Defendant Turner Development, Llc And Tdl*
*Defendant Turner, Tracey*
*Primary Attorney Jobson, Franz C*
*Private Practice Attorney Norman, Elton F*
*Held and Completed*

02/18/2026
Judgment (Judicial Officer: Okun, Robert D)
*CONSENT judgment is entered in favor of Lisa Alexander and against Turner Development, LLC and Tracey Turner jointly and severally in the amount of $225,000.00 plus 6% annual pre-judgment interest retroactive to January 2022. The Plaintiff will not be able to collect on the judgment for a period of 6 months following the entry of this judgment.*
Signed on: 02/18/2026

02/18/2026
Judgment by Consent (Judicial Officer: Okun, Robert D)
*The Court enters a CONSENT judgment in favor of Lisa Alexander and against Turner Development, LLC and Tracey Turner jointly and severally in the amount of $225,000.00 plus 6% annual pre-judgment interest retroactive to January 2022. The Plaintiff will not be able to collect on the judgment for a period of 6 months following the entry of this judgment.*
Signed on: 02/18/2026

04/27/2026 *CANCELED* **Jury Trial** (9:30 AM) (Judicial Officer: Okun, Robert D)
*Vacated*

08/20/2026 **Remote Status Hearing** (9:30 AM) (Judicial Officer: Okun, Robert D)
**MINUTES - 08/20/2026**
Held and Completed;
Journal Entry Details:
*Courtsmart/Webex/Remote. Plaintiff Alexander present. Plaintiff Attorney Jobson present. Defendant failed to appear. Plaintiff Attorney represented that the Defendant has filed for bankruptcy and a suggestion of bankruptcy is believed to be forthcoming. Remote Status Hearing is continued to 1/8/27 at 10:30 am. ;*
*Parties Present: Plaintiff Alexander, Lisa*
*Primary Attorney Jobson, Franz C*
*Held and Completed*

01/08/2027 **Remote Status Hearing** (10:30 AM) (Judicial Officer: Okun, Robert D)

---

## Financial Information

---

**Defendant** Turner Development, Llc And Tdl

| | |
|---|---|
| Total Financial Assessment | 20.00 |
| Total Payments and Credits | 20.00 |
| **Balance Due as of 10/05/2026** | **0.00** |

## Case Summary

**Case No. 2022-CA-003968-B**

| | | | | |
|---|---|---|---|---|
| 01/04/2023 | Transaction Assessment | | | 20.00 |
| 01/06/2023 | eFile Payment | Receipt # DC-08915 | | (20.00) |

**Plaintiff** Alexander, Lisa

| | |
|---|---|
| Total Financial Assessment | 200.00 |
| Total Payments and Credits | 200.00 |
| **Balance Due as of 10/05/2026** | **0.00** |

| | | | | |
|---|---|---|---|---|
| 09/01/2022 | Transaction Assessment | | | 120.00 |
| 09/01/2022 | Payment - Case Fees | Receipt # 499907 | JOBSON, Mr FRANZ C, Attorney | (120.00) |
| 11/22/2022 | Transaction Assessment | | | 20.00 |
| 11/28/2022 | eFile Payment | Receipt # DC-02941 | | (20.00) |
| 03/27/2023 | Transaction Assessment | | | 20.00 |
| 03/31/2023 | eFile Payment | Receipt # DC-22467 | | (20.00) |
| 03/11/2025 | Transaction Assessment | | | 20.00 |
| 03/12/2025 | eFile Payment | Receipt # DC-142969 | | (20.00) |
| 09/25/2025 | Transaction Assessment | | | 20.00 |
| 09/26/2025 | eFile Payment | Receipt # DC-182144 | | (20.00) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October, 2026, I caused to be served a true and correct copy of the foregoing Debtor's Limited Objection to Motion for Extension of Time to File Papers and Notice of Intent to Pursue Determination of Non-Dischargeability of Debt for Fraud and all exhibits thereto by operation of this Court's CM/ECF electronic case management system on all parties entitled to receive notice thereby and by first class U.S. mail, postage prepaid, on the party identified below:

Lisa Alexander
874 Westmont Road SW
Atlanta, GA 30311

*Kristen E. Burgers*
Kristen E. Burgers