The order below is hereby signed.

Signed: October 20 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Turner Development, LLC,**<br>**Debtor.** | **Case No. 26-00077-ELG**<br><br>**Chapter 11** |

**ORDER GRANTING, IN PART, MOTION FOR EXTENSION**

On February 23, 2026, Turner Development, LLC (the "Debtor") initiated this case under chapter 11 of title 11. On February 24, 2026, the Court issued a *Notice of Chapter 11 Bankruptcy Case* (ECF No. 5) that set forth deadlines of May 26, 2026 and July 6, 2026, respectively, to file an action under 11 U.S.C. § 523(c) and for non-governmental creditors to file a proof of claim.

On September 26, 2026, Lisa Alexander filed a *Motion for Extension of Time to File Papers and Notice of Intent to Pursue Determination of Non-Dischargeability of Debt for Fraud* (the "Motion") (ECF No. 69). Ms. Alexander requests an additional 45 days "to file formal proofs of claim, adversarial complaints, or corresponding objections" and also appears to request formal recognition of a Superior Court order entered in 2022. On October 12, 2026, the Debtor filed a *Limited Objection* (ECF No. 74), which reflects the Debtor's consent to the request for additional time to file a proof of claim (with a reservation of rights except as to timeliness), but not to the other relief requested in the Motion.

With the consent of the Debtor, whose schedule E/F does not dispute the debt owed to Ms.

Alexander, the Court will grant the request for an additional 45 days to file a proof of claim. As Rule 4007(c) of the Federal Rules of Bankruptcy Procedure only authorizes the Court to extend the time to file a complaint "on a party in interest's motion filed before the time expires," the Court cannot grant the untimely request to file a non-dischargeability action.

Therefore, it is **ORDERED, ADJUDGED,** and **DECREED** that:

1. The Motion (ECF No. 69) is **GRANTED** in part as set forth herein.

2. Ms. Alexander shall have until **December 3, 2026** to file her proof of claim.

3. The Debtor retains the right to object to any proof of claim filed by Ms. Alexander except as to the timeliness of any claim filed on or before December 3, 2026.

4. All other relief requested in the Motion (ECF No. 69) is **DENIED**.

[Signed and dated above.]

Copies to: Debtor, Lisa Alexander

Lisa Alexander
874 Westmont Road SW
Atlanta, GA 30311