The order below is hereby signed.

Signed: October 20 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Case No. 26-00077-ELG** |
| **Turner Development, LLC,**<br>**Debtor.** | **Chapter 11** |

**<u>ORDER GRANTING, IN PART, MOTION FOR EXTENSION</u>**

On February 23, 2026, Turner Development, LLC (the "Debtor") initiated this case under chapter 11 of title 11. On February 24, 2026, the Court issued a *Notice of Chapter 11 Bankruptcy Case* (ECF No. 5) that set forth deadlines of May 26, 2026 and July 6, 2026, respectively, to file an action under 11 U.S.C. § 523(c) and for non-governmental creditors to file a proof of claim.

On September 26, 2026, Lisa Alexander filed a *Motion for Extension of Time to File Papers and Notice of Intent to Pursue Determination of Non-Dischargeability of Debt for Fraud* (the "Motion") (ECF No. 69). Ms. Alexander requests an additional 45 days "to file formal proofs of claim, adversarial complaints, or corresponding objections" and also appears to request formal recognition of a Superior Court order entered in 2022. On October 12, 2026, the Debtor filed a *Limited Objection* (ECF No. 74), which reflects the Debtor's consent to the request for additional time to file a proof of claim (with a reservation of rights except as to timeliness), but not to the other relief requested in the Motion.

With the consent of the Debtor, whose schedule E/F does not dispute the debt owed to Ms.

Alexander, the Court will grant the request for an additional 45 days to file a proof of claim. As Rule 4007(c) of the Federal Rules of Bankruptcy Procedure only authorizes the Court to extend the time to file a complaint "on a party in interest's motion filed before the time expires," the Court cannot grant the untimely request to file a non-dischargeability action.

Therefore, it is **ORDERED, ADJUDGED,** and **DECREED** that:

1. The Motion (ECF No. 69) is **GRANTED** in part as set forth herein.

2. Ms. Alexander shall have until **December 3, 2026** to file her proof of claim.

3. The Debtor retains the right to object to any proof of claim filed by Ms. Alexander except as to the timeliness of any claim filed on or before December 3, 2026.

4. All other relief requested in the Motion (ECF No. 69) is **DENIED**.

[Signed and dated above.]

Copies to: Debtor, Lisa Alexander

Lisa Alexander
874 Westmont Road SW
Atlanta, GA 30311

United States Bankruptcy Court
District of Columbia

In re:
Turner Development, LLC
Debtor

Case No. 26-00077-ELG
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0090-1 | User: admin | Page 1 of 3
Date Rcvd: Oct 31, 2026 | Form ID: pdf001 | Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Turner Development, LLC, 2901 North Capitol Street NE, Washington, DC 20002-1018 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| 813282 | + | Aiken County Tax Collector, PO Box 873, Aiken, SC 29802-0873 |
| 806858 | + | Aiken County Treasurer, P.O. Box 636, Aiken, SC 29802-0636 |
| 806859 | + | Ansermo L. Arthur, 137 Miracle Drive, Aiken, SC 29801-6351 |
| 811442 | + | Ansermo L. Arthur, c/o Douglas C. Broeker, 12700 Biscayne Blvd., Suite 402, Miami, FL 33181-2024 |
| 806860 | + | Berkadia Real Estate Advisors LLC, 121 Calhoun Street, Suite 200, Charleston, SC 29401-3533 |
| 808269 | + | DC Office of Tax & Revenue, P O Box 37559, Washington, DC 20013-7559 |
| 806863 | + | Earl Ishmal III, 10804 Lariat Way, Upper Marlboro, MD 20772-9135 |
| 806864 | + | Fuse 10, LLC, 900 NW 6th Street, Suite 201, Fort Lauderdale, FL 33311-8285 |
| 811013 | + | LaBella Associates, D.P.C., 300 State Street, Suite 201, Rochester, NY 14614-1098 |
| 806866 | + | Lisa Alexander, 124 Seaton Place, Washington, DC 20001-1623 |
| 814606 | + | Lisa Alexander, 874 Westmont Road SW, Atlanta, GA 30311-2750 |
| 811315 | + | Maurice VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 806867 | + | McCants & McCants, P.O. Box 2881, Aiken, SC 29802-2881 |
| 811441 | + | Melissa Oden, as trustee of the W. Melissa Oden Re, c/o Douglas C. Broeker, 12700 Biscayne Blvd., Suite 402, Miami, FL 33181-2024 |
| 806868 | + | Necole Allen, 9586 Linnett Hill Drive, Lorton, VA 22079-2779 |
| 806869 | | Opportunities Afforded Plus, 2832 Peyton Crossing Drive SW, Auburn, GA 30011 |
| 806870 | + | Parry L. Colbert, 520 Oak Creek Drive, North Augusta, SC 29860-8975 |
| 806872 | ++ | SC DEPARTMENT OF EMPLOYMENT AND WORKFORCE, PO BOX 8597, COLUMBIA SC 29202-8597 address filed with court:, South Carolina Department of, Empoyment & Workforce, 1550 Gadsden Street, P.O. Box 995, Columbia, SC 29202 |
| 813627 | | Small Business Administration, 2 North Street, Suite 320, Birmingham, AL 35203 |
| 806874 | + | The Case Company of SC, 286 Sudlow Lake Road, Graniteville, SC 29829-3729 |
| 810029 | + | The Case Company of SC LLC, Post Office Box 1407, Langley, SC 29834-1407 |
| 806875 | + | The Griffith Law Group PLLC, Attn: Marlon Griffith, 1325 G Street NW, Ste. 500, Washington, DC 20005-3136 |
| 806876 | + | Tracey D. Turner, 2901 North Capitol Street NE, Washington, DC 20002-1018 |
| 806877 | + | Troutman Pepper, Attn: Kimberly Eason, 600 Peachtree St. NE, Suite 3000, Atlanta, GA 30308-2216 |
| 806878 | + | W. Melissa Oden, 260 East Shoreline Drive, North Augusta, SC 29841-5407 |
| 806879 | + | Walter Fauntroy, 58 Channing St NW, Washington, DC 20001-1030 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Oct 31 2026 07:52:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 31 2026 07:47:41 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Oct 31 2026 07:47:39 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Oct 31 2026 07:52:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Oct 31 2026 07:52:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 807334 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2026 08:01:08 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 806862 | + | Email/Text: angela.coleman@dc.gov | Oct 31 2026 07:52:00 | DC Office of Tax and Revenue, 1101 4th Street, SW, Washington, DC 20024-4457 |
| 806865 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 31 2026 07:52:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 808577 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 31 2026 07:52:00 | Jefferson Capital Systems LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 808374 | | Email/Text: Stephon.Woods@dc.gov | Oct 31 2026 07:52:00 | DC OFFICE OF THE ATTORNEY GENERAL, FOR DC OFFICE OF TAX AND REVENUE, 400 6TH STREET, NW, WASHINGTON, DC 20001 |
| 807302 | + | Email/Text: BankruptcyLegal@dor.sc.gov | Oct 31 2026 07:52:00 | SC Dept. of Revenue, 300A Outlet Pointe Blvd., Columbia, SC 29210-5666 |
| 806871 | + | Email/Text: bankruptcynotices@sba.gov | Oct 31 2026 07:52:00 | Small Business Administration, c/o Saeda Siam, 409 3rd St.SW, Washington, DC 20416-0002 |
| 806873 | + | Email/Text: BankruptcyLegal@dor.sc.gov | Oct 31 2026 07:52:00 | South Carolina Department of Revenue, P.O. Box 125, Columbia, SC 29202-0125 |
| 808376 | + | Email/PDF: ais.BankruptcyNoticesDFVendor@aisinfo.com | Oct 31 2026 08:01:06 | Wells Fargo Vendor Financial Svcs, LLC, 801 Walnut St, MAC F0006-052, Des Moines, IA 50309-3606 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Fuse 10, LLC |
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| cr | *+ | Lisa Alexander, 874 Westmont Road SW, Atlanta, GA 30311-2750 |
| 806861 | ##+ | Burr & Forman LLP, 100 Calhoun Street, Suite 400, Charleston, SC 29401-3542 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kristen E Burgers | on behalf of Debtor In Possession Turner Development LLC kburgers@hirschlerlaw.com, ndysart@hirschlerlaw.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Creditor Fuse 10 LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 4