**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Turner Development, LLC**<br>**Debtor In Possession** | **Case No. 26-00077-ELG**<br><br>**Chapter 11** |

**NOTICE OF DEFICIENT FILING**

**To Filer(s) and/or Filer's Attorney:**

Upon authority of Local Bankruptcy Rule 5003-1, notice is hereby given that the documents submitted by you:

**[ECF No. 80- Motion for Entry of an Order (I) Authorizing Debtor to Continue Use of Existing Bank Account and (II) Waiving the Deposit and Investment Requirements of Section 345 of the Bankruptcy Code]**

contains certain deficiencies as set forth below. You must correct the deficiencies on or before **11/16/2026.** Failure to timely correct the deficiencies may result in the pleading or other paper ***being stricken from the record.***

| | |
|---|---|
| ☐ | The case number(s) does not match the above-captioned case. Please review this filing and docket to the correct case. |
| ☐ | The document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry or redocket to attach the correct document. |
| ☐ | Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document. |
| ☐ | The document has an electronic signature in an incorrect format. *See* Local Bankruptcy Rules Appendix D § 7(a). |
| ☐ | The document was filed using an out of date and/or unapproved form. |
| ☐ | The document is unsigned. |
| ☐ | The document has an insufficient attorney identifier as required by Local Bankruptcy Rule 5005-1(c). |
| ☐ | The document linked hereto contains an error which requires corrective action. |
| ☐ | The ECF registered participant attorney filing the document does not match the attorney's signature on the document. |
| ☐ | The document requires a proposed order. *See* Local Bankruptcy Rule 9072-1. |
| ☐ | The document is not formatted correctly, is double-sided, and/or is not legible. *See* Local Bankruptcy Rule 5005-1(b). |
| ☐ | The document contains information that should have been redacted and has been made inaccessible to the public. *See* Fed. R. Bankr. P. 9037. |
| ☐ | A filing fee of $ is required with this filing. |
| ☐ | Coversheet for Amending Creditors or Creditor Information (Local Official Form 101) is required with this document. *See* Local Bankruptcy Rule 1009-1. |
| ☐ | Amended schedules do not include Declaration About an Individual Debtor's Schedules (Official Form 106Dec). |
| ☐ | Amended schedules do not include Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form B 202). |
| ☐ | Amended schedules do not include Summary of Assets and Liabilities for Individuals (Official Form 106Sum). |
| ☐ | Amended schedules do not include Summary of Assets and Liabilities for Non-Individuals (Official Form B206Sum). |
| ☒ | **A certificate of service must be filed either separately or as an attachment to your pleading.** |
| ☐ | The document requires a notice of objection deadline. |
| ☐ | The hearing date, time, and/or location in the notice is omitted. |
| ☐ | This document requires a notice of hearing. |

| | |
|---|---|
| ☐ | The notice is not properly linked to the associated pleading. |
| ☐ | The Clerk has determined that either the objection deadline and/or hearing date, time, and/or location was not properly scheduled in the court's system or in compliance with the applicable rules. An improperly scheduled hearing will not appear on the Court's docket. Movant must refile the notice under the proper notice event to schedule the hearing date and/or objection deadline. |
| ☐ | The title of the motion does not identify it as a motion for relief from the automatic stay and/or from the co-debtor stay. *See* Local Bankruptcy Rule 4001-1(a)(1). |
| ☐ | Signature/Admission to Practice. Documents must be signed by an attorney authorized to practice in this Court or admitted pro hac vice in this case. *See* Local Bankruptcy Rule 5005-1(a). |
| ☒ | **Other: A motion must be filed if the deadline for filing objections is to be shortened and/or if a more expeditious hearing is required. LBR 9013-2.** |

For the Court:
Angela D. Caesar
BY: CA
Dated: 11/2/2026

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.