**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 26-00077-ELG |
| TURNER DEVELOPMENT, LLC, | ) | |
| | ) | (Chapter 11) |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the Motion for Entry of an Order (I) Authorizing Debtor to Continue Use of Existing Bank Account and (II) Waiving the Deposit and Investment Requirements of Section 345 of the Bankruptcy Code [Docket No. 80] was served (a) on November 2, 2026 by operation of this Court's CM/ECF electronic case management system on the parties identified on Exhibit A (ECF Service List) and (b) on November 2, 2026 by first-class mail on the parties identified on Exhibit B (First Class Mail Service List).

Dated: November 2, 2026

Respectfully submitted,

*/s/ Kristen E. Burgers*
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Phone: (703) 584-8900
Email: kburgers@hirschlerlaw.com

*Counsel to the Debtor*

Stephen E. Leach (DC Bar No. 925735)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: sleach@hirschlerlaw.com
kburgers@hirschlerlaw.com

*Counsel to the Debtor*

# EXHIBIT A

## ECF SERVICE LIST

Electronic Mail Notice List - Parties in the case only

- US Trustee for Region Four: USTPRegion04.DC.ECF@usdoj.gov
- Kristen S. Eustis: kristen.s.eustis@usdoj.gov
- Maurice B. VerStandig: mac@mbvesq.com

# EXHIBIT B

## FIRST CLASS MAIL SERVICE LIST

**Aiken County Treasurer**
**PO Box 636**
**Aiken, SC 29802-0636**

**Ansermo L. Arthur**
**137 Miracle Drive**
**Aiken, SC 29801**

**Child Support Services Division**
**Office of the Attorney General**
**400 6th Street, NW**
**Washington, DC 20001**

**Burr & Forman LLP**
**850 Morrison Drive, Suite 300**
**Charleston, SC 29403**

**Capital One NA**
**c/o AIS InfoSource LP, as agent**
**PO Box 71083**
**Charlotte, NC 28272-1083**

**Earl Ishmal III**
**10804 Lariat Way**
**Upper Marlboro, MD 20772**

**US Attorney's Office**
**Civil Division**
**601 D Street, NW**
**Washington, DC 20004**

**Lisa Alexander**
**124 Seaton Place**
**Washington, DC 20001**

**McCants & McCants**
**PO Box 2881**
**Aiden, SC 29802-2881**

**Necole Allen**
**9586 Linnett Hill Drive**
**Lorton, VA 22079**

**Opportunities Afforded Plus, LLC**
**2832 Peyton Crossing Drive**
**Atlanta, GA 30311**

**Parry L. Colbert**
**520 Oak Creek Drive**
**North Augusta, SC 29860**

**South Carolina Dept. of Revenue**
**300A Outlet Pointe Boulevard**
**Columbia, SC 29210**

**South Carolina Dept. of Employment**
**PO Box 8597**
**Columbia, SC 29202-8597**

**The Case Company of SC**
**286 Sudlow Lake Road**
**Graniteville, SC 29829**

**The Griffith Law Group PLLC**
**Attn: Marlon Griffith**
**1455 Pennsylvania Avenue, NW, Suite 400**
**Washington, DC 20004**

**Tracey D. Turner**
**2901 N. Capitol Street, NE**
**Washington, DC 0002**

**Troutman Pepper**
**Attn: Kimberly Eason**
**600 Peachtree St., NE, Suite 3000**
**Atlanta, GA 30308**

**W. Melissa Oden**
**260 E. Shoreline Drive**
**North Augusta, SC 29841**

**Walter Fauntroy**
**58 Channing Street, NW**
**Washington, DC 20001**

**US Environmental Protection Agency**
**Attn: Carlyn Winter Prisk**
**Region III (3HS62)**
**1650 Arch Street**
**Philadelphia, PA 19103-2029**

**Social Security Administration**
**Office of the General Counsel-Program Lit.**
**Attn: Bankruptcy**
**6401 Security Boulevard**
**Baltimore, MD 21235-00001**

**District Unemployment Comp Board**
**4058 Minnesota Avenue, NE, 4th Floor**
**Washington, DC 20019**

**DC Office of Tax and Revenue**
**Compliance Adm./Collection Div.**
**1101 4th Street, SW, Suite 270 West**
**Washington, DC 20024**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**Office of Attorney General**
**Tax Bankruptcy & Finance**
**441 4th Street, NW, 6th Floor**
**Washington, DC 20001**

**Secretary of the Treasury**
**15th and Pennsylvania Avenue, NW**
**Washington, DC 20220-00001**

**Securities & Exchange Commission**
**Office of Reorganization**
**950 East Paces Ferry Road, NE, Ste. 900**
**Atlanta, GA 30326-1382**

**Small Business Administration**
**2 North Street, Suite 320**
**Birmingham, AL 35203**